## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| *ST. JAMES UNITED METHODIST CHURCH OF DANVILLE, ILLINOIS, INC. d/b/a ST. JAMES UNITED METHODIST CHURCH,* | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| *CHURCH MUTUAL INSURANCE COMPANY FOUNDATION, INC. d/b/a CHURCH MUTUAL INSURANCE COMPANY, S.I.* (a stock insurer) or CHURCH MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) ) | No. |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, St. James United Methodist Church of Danville, Illinois, Inc. d/b/a St. James United Methodist Church ("St. James"), by counsel, Nicolas J. Boileau of ACTON & SNYDER, LLP, Danville, Illinois, complain of defendant, Church Mutual Insurance Company Foundation, Inc. d/b/a Church Mutual Insurance Company, S.I. (a stock insurer) or Church Mutual Insurance Company ("Church Mutual"). In support of this complaint, plaintiff states the following:

## JURISDICTION AND VENUE

1.      Jurisdiction exists in this court based on diversity of citizenship as well as an amount in controversy in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest and costs under 28 U.S.C. § 1332.

2.     Venue is proper in this court pursuant to 28 U.S.C. § 1391(a)(1) and (b)(2) as, at all relevant times, a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

## GENERAL ALLEGATIONS

3.     St. James is a Methodist Church organized under the laws of the State of Illinois with its place of worship in Danville, Vermilion County, Illinois.

4.     Church Mutual is an insurance company organized under the laws of the State of Wisconsin with its principal place of business in Merrill, Lincoln County, Wisconsin.

5.     St. James is the policyholder (policy no. 0266104-02-999413) of an insurance contract in good standing with Church Mutual.  A copy of that policy's section at issue is attached hereto as Exhibit "A." The undersigned counsel has not included the complete policy as it is voluminous and in Church Mutual's possession.

6.     Pursuant to the parties' policy, St. James has paid all of its required premium payments to Church Mutual.

7.     The parties' policy went into effect beginning on May 1, 2017 with an endorsement effective date of May 1, 2019.  See Exhibit "B," Change Endorsement.

8.     The parties' policy contained provisions entitled Building and Personal Property Coverage Form.  See Exhibit "A."

9.     Pursuant to the parties' policy, Church Mutual agreed to "pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss."

10.     St. James' roof is covered under the parties' policy.

2

11.     The parties' policy limit for coverage in effect at the time of St. James' loss for its building was $8,860,763.00 and personal property was $1,302,115.00. See Exhibit "B."

12.     On or about May 15, 2019, and within the effective policy period, a sudden hailstorm event ("May hailstorm") in Danville, Vermilion County, Illinois caused St. James' roof to suffer significant hail damage.

13.     St. James' roof sustained significant hail damage as a result of a sudden hailstorm, a covered peril under the parties' policy.

14.     St. James' roof suffering hail damage resulting from a hailstorm constitutes a "direct physical loss of or damage to" property covered by the parties' policy.

15.     There is no exclusion under the parties' policy for hail damage to St. James' roof.

16.     On June 3, 2019, St. James notified Church Mutual of its roof's damage and filed its claim.

17.     On June 13, 2019, Nicki Lundy, a Church Mutual adjuster, acknowledged St. James' claim for hail damage.

18.     Church Mutual sent adjusters and/or other authorized representatives to evaluate St. James' roof's damage.

19.     Church Mutual's adjusters and/or other authorized representatives went to St. James' property to inspect its roof and assessed the roof's damage.

20.     On August 24, 2019, Church Mutual notified St. James that its adjusters and/or other authorized representatives found no hail damage to St. James' roof.

3

21.     Church Mutual denied St. James' claim on the basis that upon inspecting St. James' roof, it only found damage that was not caused by a "Covered Cause of Loss." A copy of Church Mutual's denial letter is attached hereto as Exhibit "C." The undersigned counsel has not included, as part of Exhibit "C," Rimkus Consulting Group, Inc.'s report that was attached to said denial letter as it is voluminous and in Church Mutual's possession.

22.     Subsequent to Church Mutual's denial of St. James' claim, a St. James representative contacted Church Mutual and requested a reinspection of the roof.

23.     On October 17, 2019, Nelva Gilliland, a different Church Mutual adjuster, notified St. James that Dan Rubadue, a Church Mutual adjuster, would reinspect St. James' roof for hail damage.

24.     On December 1, 2019, Church Mutual notified St. James that its claim for hail damage was reassigned to a different adjuster, Aberlardo DeJesus.

25.     On January 6, 2020, Church Mutual adjuster DeJesus agreed for St. James to re-roof two parsonages located in Danville, Illinois that suffered hail damage from the May hailstorm. Those parsonages are cover under the parties' policy.

26.     Church Mutual tendered forty thousand dollars ($40,000.00) to St. James to re-roof those two parsonages without St. James waiving its claim for hail damage to the church's roof.

27.     On January 15, 2020, Cornett Roofing, on behalf of St. James, conducted an inspection of the church's roof. Church Mutual adjuster Rubadue was present at the property on the day of inspection, but adjuster Rubadue did not personally inspect the roof.

4

28.     On February 4, 2020, Church Mutual adjuster Rubadue told a St. James representative that he was to make his own estimate of the church's roof's damage but said it was "difficult," so "he will send in Cornett Roofing's bid to Church Mutual and speak with Church Mutual adjuster DeJesus."

29.     On February 13, 2020, Church Mutual adjuster DeJesus told a St. James representative that "it is now Church Mutual's position that the church's roof suffered no hail damage, and that "it was a mistake on behalf of Church Mutual to send adjuster Rubadue to reinspect the church's roof."

30.     On March 19, 2020, Church Mutual reassigns St. James' claim for hail damage to a different Church Mutual adjuster, Ned Derikson.

31.     On March 20, 2020, St. James, pursuant to the parties' policy, sends a written Demand for Appraisal Procedure to Church Mutual.

32.     On April 29, 2020, St. James retained Ray Pawlak ("Pawlak") of Ray Mar Consulting to act as its expert in its appraisal procedure with Church Mutual.

33.     In May 2020, Church Mutual retained Kevin Saso ("Saso") of Red Jacket Management to act as its expert in its appraisal procedure with St. James.

34.     On June 19, 2020, Church Mutual reassigns St. James' claim for hail damage to a different Church Mutual adjuster, Seth Hane.

35.     On June 30, 2020, Pawlak and Saso agreed to retain Al Kalemba ("Kalemba") of Illiana Claims Services to act as the "umpire" during the appraisal procedure.

36.     On July 30, 2020, Pawlak, Saso and Kalemba met at St. James. They all agreed (1) that St. James' roof suffered hail damage from the May hailstorm; (2) that there is also hail damage to the metal parts of St. James' roof such as the gutter and

downspouts; and (3) that two tile contractors would inspect St. James' roof and identify the repair work needed to remedy the church's roof's hail damage.

37.    On September 11, 2020, GroupXL, LLC, on Church Mutual's behalf, inspected St. James' roof and determined that repairs to the roof's gutters, downspouts, w-valleys and tiles were needed due to hail damage.  GroupXL's estimate totaled $92,069.00.  A copy of that estimate is attached hereto and marked as Exhibit "D."

38.    On September 15, 2020, Church Mutual adjuster Hane told a St. James representative that a value still was not assigned to St. James' claim.  St. James' representative told adjuster Hane, that pursuant to the parties' policy's two-year limitation period, St. James' only had seven (7) months left to file suit against Church Mutual, in which adjuster Hane replied "you have to do what you have to do."

39.    On April 12, 2021 Mortenson Roofing Co., Inc., on Church Mutual's behalf, inspected St. James' roof and determined that repairs, restoration or replacement of the roof's valley flashing, gutters, downspouts and tiles were needed due to hail damage. Mortenson provided three separate proposals with No. 19126 totaling $202,010.00, No. 19127 totaling $953,337.00 and No. 19128 totaling $1,170,637.00.  A copy of each proposal is attached hereto and marked as Group Exhibit "E."

40.    Nearly one (1) year after Saso, a Church Mutual agent, agreed with Pawlak and Kalemba that St. James' roof suffered hail damage from the May hailstorm and nearly two (2) years after St. James filed its initial claim with Church Mutual, Church Mutual has never tendered to St. James a formal settlement offer of its claim.

## COUNT I – BREACH OF CONTRACT

41.    St. James incorporates by reference the allegations contained in ¶¶ 3-40 as if fully set forth herein.

42.     Church Mutual has breached the terms of the parties' policy by;

(a)     failing to promptly and reasonably adjust St. James' claim for hail damage that is covered under the policy;

(b)     continually refusing to tender policy benefits to St. James for its hail damage claim that is covered under the policy; and

(c)     failing to provide uniform and/or standard guidelines to adjusters and/or agents to properly evaluate St. James' hail damage claim.

WHEREFORE, plaintiff, St. James United Methodist Church of Danville, Illinois, Inc. d/b/a St. James United Methodist Church, prays that this court enter a judgment in its favor and against defendant, Church Mutual Insurance Company Foundation, Inc. d/b/a Church Mutual Insurance Company, S.I. (a stock insurer) or Church Mutual Insurance Company, in an amount in excess of $75,000.00 plus its costs of suit.

## COUNT II – BAD FAITH

43.     St. James incorporates by reference the allegations contained in ¶¶ 3-40 as if fully set forth herein.

44.     At all times relevant hereto, Church Mutual was subject to the Illinois Insurance Code, which prohibits the following improper claims practices:

a.      Not attempting in good faith to effectuate prompt, fair and equitable settlement of claim submitted in which coverage is reasonably clear;

b.      Compelling policyholder to institute a suit to recover amounts due under its policy by failing to offer policy benefits;

c.      Refusing to pay a claim without conducting a reasonable investigation based on all available information; and

7

    d.     Failing in the case of the denial of a claim to promptly provide a reasonable and accurate explanation of the basis in the insurance policy or applicable law for such a denial or compromise settlement.

45.    Church Mutual employed improper claims practices in that it:

    a.     failed to evaluate St. James' claim properly;

    b.     failed to adopt and implement reasonable standards for the prompt investigations and settlement of St. James' claim arising under its policy;

    c.     not attempting in good faith to effectuate prompt, fair and equitable settlement of St. James' submitted claim in which coverage has become reasonably clear;

    d.     failed in the case of the denial of a claim or the offer of a compromise settlement to promptly provide a reasonable and accurate explanation of the basis in the insurance policy or applicable law for such denial or compromise settlement; and

    e.     forced St. James to incur attorney fees and court costs in having to file suit so that St. James' cause of action against Church Mutual and all rights afforded St. James under the parties' policy would not be time barred.

46.    Church Mutual's conduct, set forth hereinabove, is vexatious and unreasonable and undertaken for the sole purpose of delaying and frustrating St. James' attempt to recover pursuant to the policy of insurance it purchased from Church Mutual.

47.    At all times relevant, there was in full force and effect in the State of Illinois a statue that provides in relevant part as follows:

215 ILCS 5/155. Attorney Fees.

Sec. 155. Attorney Fees. (1) in any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, or for an unreasonable delay in settling a claim, and it appears to the court that such action or delay is vexatious and unreasonable, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, plus an amount not to exceed any one of the following amounts:

(a)    60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;

(b)    $60,000.00;

(c)    the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

WHEREFORE, pursuant to 215 ILCS 5/155, plaintiff, St. James United Methodist Church of Danville, Illinois, Inc. d/b/a St. James United Methodist Church, prays for an award in its favor and against defendant, Church Mutual Insurance Company Foundation, Inc. d/b/a Church Mutual Insurance Company, S.I. (a stock insurer) or Church Mutual Insurance Company, in amount in excess of $75,000.00 plus costs of suit.

## JURY CLAIM

St. James respectfully requests a trial by jury as to all issues properly triable to a jury.

/s/ Nicolas J. Boileau
IL Bar No. 6295930
ACTON & SNYDER, LLP
Attorneys for Plaintiff,
St. James United Methodist
Church of Danville, Illinois, Inc. d/b/a
St. James United Methodist Church
11 East North Street
Danville, Illinois 61832
Tel. (217) 442-0350
Fax (217) 442-0335
Email: nick.boileau@acton-snyder.com



PLAINTIFF'S
EXHIBIT
tabbies
A



Church
Mutual®

INSURANCE COMPANY

April 26, 2017

ST JAMES UNITED METHODIST CHURCH OF DANVILLE
ILLINOIS INC
504 N VERMILION ST
DANVILLE IL 61832-4690

## Welcome to Church Mutual!

Dear Policyholder:

Thank you for choosing Church Mutual Insurance Company. We value the trust you have placed in us, and we will do our best to maintain it.

Please read your new insurance policy thoroughly. It is important that you become familiar with the coverages provided by your policy and the exclusions and limitations it contains.

If you have any questions regarding your coverages, please call your Church Mutual Regional Representative or Customer Service Representative at 1-800-554-2642. Select "Option 1" to reach your Regional Representative or Customer Service Representative.

You may use the same toll-free number to inquire about a premium statement ("Option 3") and to report a claim ("Option 2"). Claims also may be filed by accessing our Web site, www.churchmutual.com. Select "Claims" and "How to File a Claim" and follow the instructions, or if you prefer, there are claim forms located near the end of this policy that you may use and send to us.

I urge you to report your claims promptly, preferably within one day, if not immediately. This is especially important for claims that involve water damage or bodily injury, where time is of the essence in preventing mold and in getting proper care for the injured person. Prompt claims reporting also helps reduce the dollar amount of a claim and, ultimately, helps keep down the cost of insurance.

Church Mutual is a "mutual" insurance company, meaning it is owned by its policyholders. As an owner, your comments are extremely important. I encourage you to let us know if we are satisfactorily meeting your needs or if we fail to live up to your expectations.

Sincerely,

*Richard V. Poirier*

Richard V. Poirier
President

Enclosure

3000 Schuster Lane. P.O. Box 357. Merrill, WI 54452-0357 | 715.836.5577  800.554.2642  fax 715.539.4650 | www.churchmutual.com

National Customer Service Center: P.O. Box 505, Merrill, WI 54452-0505  800.554.2642  toll-free fax: 855.264.2329
Claims: P.O. Box 342, Merrill, WI 54452-0342  800.554.2642  fax: 715.539.4651

PH-1

Mutual Company
Nonassessable

# CHURCH MUTUAL INSURANCE COMPANY

3000 Schuster Lane, P.O. Box 357, Merrill, WI 54452

## COMMON POLICY DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1. NAMED INSURED AND ADDRESS:**
ST JAMES UNITED METHODIST CHURCH OF DANVILLE
ILLINOIS INC
504 N VERMILION ST
DANVILLE IL 61832-4690

**ITEM 2. POLICY PERIOD:** FROM 05/01/17 TO 05/01/20
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE          (RENEWAL OF)

**ITEM 3. THE NAMED INSURED IS:** RELIGIOUS INSTITUTION

**ITEM 4. AGENT:** 02-016
KEN BRACH
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642

**ITEM 5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:**

**FORMS AND ENDORSEMENTS WHICH APPLY TO THIS ENTIRE POLICY:**

| | |
|---|---|
| A 050(01-98) | MUTUAL AND COMMON POLICY CONDITIONS |
| A 051(06-87) | CALCULATION OF PREMIUM |
| A 9009(01-15) | CONDITIONAL EXCLUSION OF TERRORISM |
| A 940.2(10-13) | ILLINOIS CHANGES - DEFENSE COSTS |
| UN 720(01-15) | NOTICE - DISCLOSURE OF TERRORISM PREMIUM |

**PROPERTY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 100(01-01) | PROPERTY CONDITIONS |
| A 1001(01-08) | IDENTITY RECOVERY COVERAGE FORM |
| A 1009(11-08) | WATER EXCLUSION ENDORSEMENT |
| A 101(04-06) | BUILDING AND PERSONAL PROPERTY COVERAGE - RELIGIOUS |
| A 1017(06-16) | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| A 127(04-06) | CAUSES OF LOSS - SPECIAL FORM |
| A 128(01-98) | CAUSE OF LOSS- EARTHQUAKE FORM |
| A 154(10-99) | SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM |
| A 199(05-05) | ILLINOIS CHANGES |
| A 199.1(07-11) | ILLINOIS CHANGES - MINE SUBSIDENCE |
| A 945.2(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 052(06-87) | NUCLEAR ENERGY LIABILITY EXCLUSION - BROAD FORM |
| A 200(01-04) | GENERAL LIABILITY COVERAGE PART - OCCURRENCE BASIS |
| A 200.1(12-06) | AMENDATORY ENDORSEMENT - PERSONAL INJURY |



**GENERAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 200.2(12-07) | BODILY INJURY DEFINITION |
| A 2012(12-07) | CORPORATE ENTITY ENDORSEMENT |
| A 2013(12-07) | MEDICAL EXPENSE AMENDMENT |
| A 202(01-04) | GENERAL LIABILITY ADDITIONAL PROVISIONS - RELIGIOUS |
| A 205(06-87) | LOSS OF LIFE |
| A 251(09-94) | EXCLUSION - LEAD LIABILITY |
| A 253(12-07) | LEGAL DEFENSE COVERAGE FORM |
| A 254(05-08) | AMEND OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| A 255(01-04) | CATASTROPHIC VIOLENCE RESPONSE COVERAGE |
| A 262(01-04) | SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIAB AND MED |
| A 268(05-03) | WAR LIABILITY EXCLUSION |
| A 299(03-05) | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| A 9006.1(01-15) | EXCL OF PUN DAMAGES RELATED TO A CERT ACT OF TERROR |
| A 940(03-94) | ILLINOIS CHANGES |
| A 940.1(05-11) | ILLINOIS CHANGES - CIVIL UNION |
| A 945.4(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

**CRIME COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 300(06-87) | CRIME CONDITIONS FORM |
| A 302(05-89) | CHURCH THEFT OF MONEY AND SECURITIES COVERAGE FORM |
| A 307(06-87) | FORGERY OR ALTERATION COVERAGE FORM |
| A 309(06-87) | BLANKET BOND COVERAGE FORM |
| A 399(03-05) | ILLINOIS CHANGES |

**PROFESSIONAL LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 500(01-04) | COUNSELING PROFESSIONAL LIABILITY COVERAGE-OCCURRENCE |
| A 501.7(08-16) | EXCLUSION - FINANCIAL COUNSELING |
| A 505(12-04) | DIRECTORS, OFFICERS & TRUSTEES LIAB - CLAIMS MADE |
| A 505.1(12-07) | SPOUSAL LIABILITY |
| A 511(01-04) | INCIDENTAL MEDICAL SERVICE PROFESSIONAL - OCCURRENCE |
| A 520(01-04) | EMPLOYMENT PRACTICES LIABILITY COVERAGE |
| A 529(12-04) | EMPLOYMENT PRACTICES LIABILITY COVERAGE AMENDMENT |
| A 530(12-06) | AFFILIATED ENTITY DISPUTE LEGAL DEFENSE COVERAGE |
| A 534(12-07) | CORPORATE ENTITY ENDORSEMENT |
| A 535(12-07) | CORPORATE ENTITY ENDORSEMENT DO&T LIABILITY |
| A 599(03-05) | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| A 599.2(06-03) | ILLINOIS CHANGES - CLAIMS MADE |
| A 599.3(06-08) | ILLINOIS CHANGES |
| A 9006.1(01-15) | EXCL OF PUN DAMAGES RELATED TO A CERT ACT OF TERROR |
| A 940(03-94) | ILLINOIS CHANGES |
| A 940.1(05-11) | ILLINOIS CHANGES - CIVIL UNION |
| A 945.4(01-15) | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| DOT 913(02-07) | APPLICATION FOR DIRECTORS, OFFICERS & TRUSTEES LIAB |
| EPL 914(02-07) | APPLICATION FOR EMPLOYMENT PRACTICES LIABILITY |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 600(01-04) | HIRED AND NONOWNED AUTO LIAB - RELIGIOUS INSTITUTION |
| A 602(06-00) | MEDICAL EXPENSE COVERAGE |
| A 602.1(12-07) | MEDICAL EXPENSE AMENDMENT |
| A 605(01-03) | RENTAL AUTOMOBILE CONTRACTUAL LIABILITY ENDORSEMENT |
| A 606(12-07) | CORPORATE ENTITY ENDORSEMENT |

**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART AND ITS FORMS AND ENDORSEMENTS:**

| | |
|---|---|
| A 699(11-92) | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| A 699.1(10-14) | HIRED AND NONOWNED AUTOMOBILE UNINSURED MOTORISTS COVERAGE - IL |
| A 699.2(10-14) | HIRED AND NONOWNED AUTOMOBILE UNDERINSURED MOTORISTS COVERAGE - IL |
| A 940.1(05-11) | ILLINOIS CHANGES - CIVIL UNION |

**ITEM 6. PREMIUM:** IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

$12,494.00        DUE AT INCEPTION.  PREMIUM SUBJECT TO ADJUSTMENT AT EACH ANNIVERSARY.

** SUMMARY OF ADDITIONAL CHARGES (INCLUDED IN ANNUAL PREMIUM) **

| | | |
|---|---|---|
| MINE SUBSIDENCE | $ | 242.00 ANNUAL CHARGE |
| TERRORISM RISK INSURANCE: | $ | 446.00 ANNUAL CHARGE |

This policy includes copyrighted material of Church Mutual Insurance Company
Copyright, Church Mutual Insurance Company, 1995
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984 & 1994



# PROPERTY COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1. DESCRIPTION OF PREMISES AND COVERAGES:**

PREMISES NO:    001      **BUILDING NO:**  001
CONSTRUCTION:   JOISTED MASONRY
OCCUPANCY:      CHURCH
LOCATION:        504 N VERMILION ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $7,708,000
COINSURANCE PERCENT: 80%
COVERED CAUSE OF LOSS:   SPECIAL
                        EARTHQUAKE "INCLUDING MASONRY VENEER"
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

COVERAGE:  MINE SUBSIDENCE
LIMIT OF INSURANCE:  $750,000

COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $1,156,000
COINSURANCE PERCENT: 80%
COVERED CAUSE OF LOSS:   SPECIAL
                        EARTHQUAKE
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:  AUTOMATIC INCREASE IN INSURANCE
                        AGREED VALUE

PREMISES NO:    002      **BUILDING NO:**  002
CONSTRUCTION:   FRAME
OCCUPANCY:      PARKING LOT AND GARAGE
LOCATION:        510 N WALNUT ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL



**POLICY NO.:** 0266104-02-999413

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $17,000
COINSURANCE PERCENT:  80%
COVERED CAUSE OF LOSS:   SPECIAL
VALUATION:  ACTUAL CASH VALUE
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                        AGREED VALUE


COVERAGE:  MINE SUBSIDENCE
LIMIT OF INSURANCE:  $17,000


COVERAGE:  PERSONAL PROPERTY
LIMIT OF INSURANCE:  $10,000
COINSURANCE PERCENT:  80%
COVERED CAUSE OF LOSS:   SPECIAL
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                        AGREED VALUE


PREMISES NO:      003          BUILDING NO:   003
CONSTRUCTION:    FRAME
OCCUPANCY:          ONE FAMILY OWNER OCCUPIED PARSONAGE
LOCATION:             1104 W VOORHEES ST
COUNTY:               VERMILION
CITY/STATE:          DANVILLE, IL

COVERAGE:  BUILDING
LIMIT OF INSURANCE:  $240,000
COINSURANCE PERCENT:  80%
COVERED CAUSE OF LOSS:   SPECIAL
VALUATION:  REPLACEMENT COST
OPTIONAL COVERAGE:   AUTOMATIC INCREASE IN INSURANCE
                                        AGREED VALUE


COVERAGE:  MINE SUBSIDENCE
LIMIT OF INSURANCE:  $240,000


PREMISES NO:      004          BUILDING NO:   004
CONSTRUCTION:    FRAME
OCCUPANCY:          ONE FAMILY OWNER OCCUPIED PARSONAGE
LOCATION:             405 LUCAS DR
COUNTY:               VERMILION
CITY/STATE:          DANVILLE, IL

COVERAGE: BUILDING
LIMIT OF INSURANCE: $186,000
COINSURANCE PERCENT: 80%
COVERED CAUSE OF LOSS: SPECIAL
VALUATION: REPLACEMENT COST
OPTIONAL COVERAGE: AUTOMATIC INCREASE IN INSURANCE
                              AGREED VALUE


COVERAGE: MINE SUBSIDENCE
LIMIT OF INSURANCE: $186,000


**ITEM 2. DEDUCTIBLE - OCCURRENCE:**

$2,500 EXCEPT AS FOLLOWS:


10% - EARTHQUAKE A 128 - APPLIES TO PREM.: 001 BLDG.: 001

**ITEM 3. ENDORSEMENTS:**

NONE


**ITEM 4. MORTGAGEHOLDERS, LOSS PAYEES, AND CONTRACT SELLERS:**

NONE


Church
Mutual
INSURANCE COMPANY

# GENERAL LIABILITY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1.  LIMITS OF INSURANCE:**

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS AND SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 5,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| EACH OCCURRENCE LIMIT (BODILY INJURY AND PROPERTY DAMAGE COMBINED) | $ 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT (COMBINED) | $ 2,000,000 |
| MEDICAL EXPENSE LIMIT - ANY ONE PERSON (OTHER THAN SEXUAL MISCONDUCT OR SEXUAL MOLESTATION) | $ 10,000 |
| PROPERTY DAMAGE LEGAL LIABILITY - ANY ONE OCCURRENCE | $ 300,000 |

SEXUAL MISCONDUCT OR SEXUAL MOLESTATION LIMIT (COMBINED) - ALL LOCATIONS AND OPERATIONS

| | |
|---|---|
|     EACH CLAIM LIMIT | $ 500,000 |
|     AGGREGATE LIMIT | $ 1,000,000 |

SEXUAL MISCONDUCT OR SEXUAL MOLESTATION MEDICAL EXPENSE LIMIT

| | |
|---|---|
|     ANY ONE PERSON | $ 10,000 |
|     AGGREGATE LIMIT | $ 50,000 |

LEGAL DEFENSE COVERAGE LIMIT

| | |
|---|---|
|     EACH DEFENSIBLE INCIDENT LIMIT | $ 10,000 |
|     AGGREGATE LIMIT | $ 30,000 |

CATASTROPHIC VIOLENCE RESPONSE

| | |
|---|---|
|     PER PERSON LIMIT | $ 50,000 |
|     EACH VIOLENT INCIDENT LIMIT | $ 300,000 |
|     VIOLENT INCIDENT AGGREGATE LIMIT | $ 300,000 |

**ITEM 2.  DESCRIPTION AND CLASSIFICATION OF PREMISES AND OPERATIONS:**
ALL PREMISES AND OPERATIONS UNLESS EXCLUDED IN ITEM 3 BELOW.
INCLUDING:



**Church Mutual**
INSURANCE COMPANY

POLICY NO.: 0266104-02-999413

PREMISES NO:     005          BUILDING NO:   005
OCCUPANCY:       VACANT LOT
LOCATION:        504-506 N WALNUT ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL

PREMISES NO:     006          BUILDING NO:   006
OCCUPANCY:       VACANT LOT
LOCATION:        505-509 N FRANKLIN ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL

PREMISES NO:     007          BUILDING NO:   007
OCCUPANCY:       VACANT LOT
LOCATION:        605 N WALNUT ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL

## ITEM 3. EXCLUSION ENDORSEMENTS:

NONE

### OTHER ENDORSEMENTS:

LOSS OF LIFE ENDORSEMENT.  EACH PERSON LIMIT OF INSURANCE:          $      10,000
                          EACH ACCIDENT LIMIT OF INSURANCE:         $      20,000

# CRIME COVERAGE PART
## DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1.  DESCRIPTION OF PREMISES AND COVERAGES:**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PREMISES NO:     001      BUILDING NO:   001
CONSTRUCTION:    JOISTED MASONRY
OCCUPANCY:       CHURCH
LOCATION:        504 N VERMILION ST
COUNTY:          VERMILION
CITY/STATE:      DANVILLE, IL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COVERAGE FORM:  CHURCH THEFT OF MONEY AND SECURITIES

LIMIT OF INSURANCE: $10,000          DEDUCTIBLE: $250

SPECIAL COVERAGE DAYS:
THANKSGIVING, CHRISTMAS, AND EASTER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COVERAGE FORM:  FORGERY OR ALTERATION

LIMIT OF INSURANCE: $5,000          DEDUCTIBLE:  FULL COVERAGE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COVERAGE FORM:  BLANKET BOND

LIMIT OF INSURANCE: $10,000          DEDUCTIBLE:  FULL COVERAGE

**ITEM 2.  ENDORSEMENTS:**

NONE



# PROFESSIONAL LIABILITY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.:**  0266104-02-999413

**ITEM 1.  COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| COUNSELING PROFESSIONAL LIABILITY | |
| EACH CLAIM | $  2,000,000 |
| AGGREGATE | $  5,000,000 |

**SCHEDULE OF POSITIONS COVERED**

"SCHEDULE OF POSITIONS COVERED" - "EMPLOYEES AND VOLUNTEERS ACTING UNDER YOUR DIRECTION AND CONTROL AND WITHIN THE SCOPE OF HIS OR HER DUTIES AS SUCH."

| | |
|---|---|
| INCIDENTAL MEDICAL SERVICES PROFESSIONAL LIABILITY | |
| EACH CLAIM | $  2,000,000 |
| AGGREGATE | $  5,000,000 |

**ITEM 2.  ENDORSEMENTS:**

NONE



# PROFESSIONAL LIABILITY COVERAGE PART
## CLAIMS MADE
## DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1.  COVERAGE DESCRIPTION:**

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| DIRECTORS, OFFICERS & TRUSTEES LIABILITY<br>    AGGREGATE<br>    RETENTION:  $1,000 | $   1,000,000 |
| EMPLOYMENT PRACTICES LIABILITY<br>    AGGREGATE<br>    RETENTION:  $5,000 | $     500,000 |

**ITEM 2.  OTHER ENDORSEMENTS:**

| AFFILIATED ENTITY DISPUTE LEGAL DEFENSE<br>COVERAGE ENDORSEMENT | |
|---|---|
|     EACH WRONGFUL ACT | $      25,000 |
|     AGGREGATE | $      50,000 |

**ITEM 3.  RETROACTIVE DATE:**

DIRECTORS, OFFICERS & TRUSTEES LIABILITY COVERAGE DOES NOT APPLY TO INJURY THAT ARISES OUT OF A "WRONGFUL ACT" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE:  05/01/17

EMPLOYMENT PRACTICES LIABILITY COVERAGE DOES NOT APPLY TO INJURY THAT ARISES OUT OF A "WRONGFUL EMPLOYMENT PRACTICE" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE:  05/01/17



A 001 PRC(10-99) - IL                    PAGE 1                    ISSUED DATE: 04/26/17

# HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART DECLARATIONS PAGE

**POLICY NO.:** 0266104-02-999413

**ITEM 1. COVERAGE DESCRIPTION:**

| COVERAGE | | LIMIT OF INSURANCE |
|---|---|---|
| HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE RELIGIOUS INSTITUTIONS - EXCESS INSURANCE | | |
| EACH OCCURRENCE | $ | 2,000,000 |
| AGGREGATE | $ | 5,000,000 |
| UNINSURED MOTORISTS COVERAGE - BODILY INJURY | | |
| EACH OCCURRENCE | $ | 2,000,000 |
| AGGREGATE | $ | 5,000,000 |
| UNDERINSURED MOTORISTS COVERAGE - BODILY INJURY | | |
| EACH OCCURRENCE | $ | 2,000,000 |
| AGGREGATE | $ | 5,000,000 |

**ITEM 2. ENDORSEMENTS:**

| MEDICAL EXPENSE COVERAGE - EXCESS INSURANCE | | |
|---|---|---|
| ANY ONE PERSON | $ | 10,000 |
| AGGREGATE | $ | 25,000 |



Church Mutual
INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

INLAND MARINE COVERAGE PART
PROPERTY COVERAGE PART
GENERAL LIABILITY COVERAGE PART
DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE FORM

## SCHEDULE*

The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part, or Policy:

| State(s) | Coverage Form, Coverage Part, or Policy |
|---|---|
| IL | PROPERTY COVERAGE PART |
| | |
| | |
| | |
| | |

* Information required to complete the Schedule, if not shown above, will be shown in the Declarations Page.

A. Applicability of the Provisions of This Endorsement.

  1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs.  But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

  a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part, or Policy; or

  b. A renewal, extension, or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

                    Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .
© Insurance Services Office, Inc., 2015.

POLICY NO.: 0266104-02-999413

05/01/17

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism," but only with respect to an incident(s) of terrorism (however defined) which results in loss, injury, or damage that occurs on or after the date when the provisions of this endorsement become applicable; (for claims-made policies, such an endorsement is superseded only with respect to an incident of terrorism [however defined] that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism," will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks.

1. "Terrorism" means activities against persons, organizations, or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives or to express (or express opposition to) a philosophy or ideology.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable and includes but is not limited to "bodily injury," "property damage," "personal injury," and "advertising injury" as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

**Exclusion of Terrorism**

We will not pay for loss or damage or "any injury or damage" caused directly or indirectly by "terrorism," including action in hindering or defending against an actual or expected incident of "terrorism." Such loss or damage or "any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such loss, injury, or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico, and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty (50) or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism," there is no coverage under this Coverage Form, Coverage Part, or Policy.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .
© Insurance Services Office, Inc., 2015.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part or Policy.

D.  Exception Covering Certain Fire Losses.

The following exception to the Exclusion of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

E.  Application of Other Exclusions.

1.  When the Exclusion of Terrorism applies in accordance with the terms of C.1. or C.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part, or Policy.

2.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part, or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

# MUTUAL AND COMMON POLICY CONDITIONS FORM

## MUTUAL POLICY CONDITIONS

This policy is issued by a mutual company having special regulations lawfully applicable to its organization, membership, policies, or contracts of insurance, of which the following shall apply to and form a part of this policy.

You are notified that by virtue of this policy, you are a member of the Church Mutual Insurance Company of Merrill, Wisconsin. You are entitled to vote either in person or by proxy at any and all meetings of said company. The annual meetings are held in its Home Office in the city of Merrill, Wisconsin, on the third Wednesday in March of each year at 10:00 a.m.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the board of directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor liable to assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

Vice President - Assistant General Counsel, Chief
Regulatory Officer, and Corporate Secretary

President

## COMMON POLICY CONDITIONS

All coverage parts included in this policy are subject to the following conditions:

### A. CANCELLATION

1. The first Named Insured shown in the Declarations Page may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro-rata. If the first Named Insured cancels, the refund may be less than pro-rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations Page is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections.

We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports, or recommendations.

**E. PREMIUMS**

The first Named Insured shown in the Declarations Page:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

A 050 (01-98)                    Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.                    Page 2 of 2

## NOTICE - DISCLOSURE OF TERRORISM PREMIUM

The Terrorism Risk Insurance Act established a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from some future terrorist attacks. The Act applies when the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, certifies that an event meets the definition of an act of terrorism as defined in Section 102(1) of the Act. The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million and must be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion .

Your policy contains coverage for certain terrorism losses in compliance with the Federal Terrorism Risk Insurance Act . We are required to notify you of the portion of your current premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States government generally reimburses **85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019; AND 80% BEGINNING ON JANUARY 1, 2020,** of covered terrorism losses exceeding the statutorily established deductible paid by Church Mutual Insurance Company. The premium charged for this coverage does not include any charges for the portion of loss that may be covered by the federal government under the Act.

You should know that the Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U nited States government reimbursement, as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 bill ion, your coverage may be reduced.

The portion of your premium that is attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance  Act is shown on your **Common Policy Declarations Page in Item 6. Premium**, under the Summary of Additional Charges (included in the Annual Premium) section.

The premium for certified acts of terrorism coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act. The federal program established b y the Act is scheduled to terminate December 31, 2020, unless extended by the federal government. If the federal program terminates or if the level or terms of federal participation change, the premium shown on the Common Policy Declarations Page in Item  6. Premium may not be appropriate.

UN 720 (01-15)

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CALCULATION OF PREMIUM

This endorsement modifies insurance provided under all Coverage Parts of the policy.

The following is added to the policy:

A. The premium shown in the Declarations Page was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Church Mutual Insurance Company, 1987.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE

A.  The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

B.  The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2015.

# THIS ENDORSEMENT CHANGES THE POLICY.
# PLEASE READ IT CAREFULLY.

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

**GENERAL LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**

The exclusion(s) for exemplary or punitive damages is deleted and replaced with the following:

This insurance does not apply to any exemplary or punitive damages except that if a suit shall have been brought against the insured with respect to a claim for acts or alleged acts falling within the coverage hereof, seeking both compensatory and punitive or exemplary damages, then the company will afford a defense to such action without liability, however, for such punitive or exemplary damages.

Copyright, Church Mutual Insurance Company, 1994.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994.

2:21-cv-02086-CSB-EIL # 1 Page 34 of 103

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the following:

**GENERAL LIABILITY COVERAGE PART**
**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**

The term spouse is replaced by the following:

Spouse or party to a civil union recognized
under Illinois law.

A 940.1 (05-11)

Copyright, Church Mutual Insurance Company, 2011.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES - DEFENSE COSTS

This endorsement modifies insurance provided under the following:

**PROPERTY COVERAGE PART (LEGAL LIABILITY COVERAGE FORM - PROPERTY)**
**GENERAL LIABILITY COVERAGE PART**
**PROFESSIONAL LIABILITY COVERAGE PART**
**HIRED AND NONOWNED AUTOMOBILE LIABILITY COVERAGE PART**

A.  The provisions of Paragraph B. below are added to all Insuring Agreements that set forth a duty to defend and apply to any other provision in the policy that sets forth a duty to defend.

B.  If we initially defend an insured or pay for an insured's defense but later determine that none of the claims for which we provided a defense or defense costs are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

A 940.2 (10-13)                       Copyright, Church Mutual Insurance Company, 2013.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2013.                  Page 1 of 1

2:21-cv-02086-CSB-EIL # 1 Page 37 of 103

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART
INLAND MARINE COVERAGE PART

### A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

### B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .
© Insurance Services Office, Inc., 2015.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

GENERAL LIABILITY COVERAGE PART
DIRECTORS, OFFICERS AND TRUSTEES LIABILITY COVERAGE

A. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

Copyright, Church Mutual Insurance Company, 2015.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .
© Insurance Services Office, Inc., 2015.

# Property

PROPERTY

# PROPERTY COVERAGE PART
# TABLE OF CONTENTS

Some of the Coverage Forms listed in this table of contents may not apply to your policy.  Refer to the Declarations Page to determine which Coverage Forms apply.

## Mutual and Common Policy Conditions - Form No. A 050

| | Page No. | | Page No. |
|---|---|---|---|
| Cancellation | 1 | Inspections and Surveys | 2 |
| Changes | 2 | Premiums | 2 |
| Examination of Your Books and | | Transfer of Your Rights and | |
| Records | 2 | Duties Under This Policy | 2 |

## Property Conditions - Form No. A 100

| | Page No. | | Page No. |
|---|---|---|---|
| Concealment, Misrepresentation, | | Liberalization | 6 |
| or Fraud | 1 | No Benefit to Bailee | 6 |
| Control of Property | 1 | Other Insurance | 6 |
| Loss Conditions | 1 | Policy Period, Coverage Territory | 6 |
| Coinsurance | 4 | Transfer of Rights of Recovery | |
| Insurance Under Two or More | | Against Others to Us | 6 |
| Coverages | 5 | Mortgageholders | 6 |
| Legal Action Against Us | 5 | Definitions | 7 |

## Religious Institutions Building and
## Personal Property Coverage Form - Form No. A 101

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 9 |
| Covered Causes of Loss | 3 | Definitions | 9 |
| Exclusions and Limitations | 3 | | |

## Denominational Offices Building and
## Personal Property Coverage Form - Form No. A 102

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 9 |
| Covered Causes of Loss | 3 | Definitions | 10 |
| Exclusions and Limitations | 3 | | |

## Health Care Facilities Building and
## Personal Property Coverage Form - Form No. A 103

| | Page No. | | Page No. |
|---|---|---|---|
| Coverage | 1 | Coverage Extensions | 3 |
| Deductible | 2 | Additional Coverages | 6 |
| Limits of Insurance | 3 | Optional Coverages | 8 |
| Covered Causes of Loss | 3 | Definitions | 9 |
| Exclusions and Limitations | 3 | | |

Copyright, Church Mutual Insurance Company, 1998.

# PROPERTY CONDITIONS

This Property Coverage Part is subject to the Common Policy Conditions, any other conditions in any Property Coverage Forms, and the following conditions.

Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph M - Definition.**

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you relating to it. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. LOSS CONDITIONS

1. Abandonment.

   There can be no abandonment of any property to us.

2. Appraisal.

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties in the Event of Loss or Damage.

a. You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when, and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, and amount of loss claimed.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. Loss Payment.

a. In the event of loss or damage covered by this Coverage Part, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of comparable kind and quality, subject to b. below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payment will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. Recovered Property.

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy.

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

a. Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. Reduce the amount we would otherwise pay for the loss or damage by 15%.

This Vacancy Condition does not apply to any dwelling of four families or less that is intended for employee occupancy.

A building is vacant when it does not contain enough of your personal property to conduct customary operations. Buildings in the course of construction are not considered vacant.

7. Valuation.

a. Replacement Cost. If Replacement Cost is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage as follows:

(1) At Replacement Cost (without deduction for depreciation) as of the time of loss or damage, except as provided under c. below.

(2) You may make a claim for loss or damage covered by this insurance on an "Actual Cash Value" basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an "Actual Cash Value" basis:

(a) We will then determine the value of Covered Property on an "Actual Cash Value" basis when applying the Coinsurance Condition;

(b) You may still make a claim on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the date of the loss or damage.

(3) We will not pay on a Replacement Cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

(4) We will not pay more for loss or damage on a Replacement Cost basis than the least of:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace "on the same premises" the lost or damaged property with other property:

1) Of comparable material and quality; and

2) Used for the same purpose; or

(c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

The term "on the same premises" is a limitation on the amount of loss or damage we will pay. It does not require you to replace lost or damaged property at the same site.

(5) The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

b. "Actual Cash Value." If "Actual Cash Value" is shown in the Declarations Page as applicable to Covered Property, we will determine the value of Covered Property in the event of loss or damage at "Actual Cash Value" as of the time of loss or damage except as provided under c. below.

c. We will determine the value of the below Covered Property as of the time of loss or damage as follows:

(1) Glass at the minimum cost of replacement with safety glazing material if required by law;

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(2) Tenant's improvements and betterments at:

(a) "Actual Cash Value" of the lost or damaged property if you make repairs promptly;

(b) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

1) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

2) Divide the amount determined in 1) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(3) Manuscripts and valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) at the cost of:

(a) Blank materials for reproducing the manuscripts and valuable papers and records; and

(b) Labor to transcribe or copy the manuscripts and valuable papers and records when there is a duplicate.

(4) The following applies to building property that is subject to "Actual Cash Value":

(a) If the Limit of Insurance for building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value.

1) Awnings or floor coverings;

2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

3) Outdoor equipment or furniture.

(5) Personal property that is a work of art, antique or rare article at Market Value. This does not increase the amount of the limitation on works of art, antiques and rare articles. (Refer to the applicable Causes of Loss Form.)

(6) Property covered under the Newly Acquired Property Coverage Extension at "Actual Cash Value":

(7) Property of Others at replacement cost.

(8) Business Personal Property of Your Clergy covered under the Coverage Extension at replacement cost.

**D. COINSURANCE**

1. If a Coinsurance percentage is shown in the Declarations Page, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations Page is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

A 100 (01-01)

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):

When: The value of the
property is                          $250,000
The Coinsurance
percentage for it is                      80%
The Limit of Insurance
for it is                           $100,000
The Deductible is                       $250
The amount of loss is               $40,000

Step (1):  $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements).

Step (2): $100,000 ÷ $200,000 = .50.

Step (3): $40,000 x .50 = $20,000.

Step (4): $20,000 - $250 = $19,750.

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When: The value of the
property is                          $250,000
The Coinsurance
percentage for it is                      80%
The Limit of Insurance
for it is                           $200,000
The Deductible is                       $250
The amount of loss is               $40,000

The minimum amount of insurance to meet your coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the limit of insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

Example No. 3:

When: The value of the property is:
Building at
Location No. 1                       $ 75,000
Building at
Location No. 2                       $100,000
Personal Property at
Location No. 2                       $ 75,000
                                     $250,000

The Coinsurance
percentage for it is                      90%
The Limit of Insurance
for Buildings and
Personal Property
at Location Nos. 1
and 2 is                             $180,000

The Deductible is                    $ 1,000

The amount of loss is:
Building at Location No. 2           $ 30,000
Personal Property at
Location No. 2                       $ 20,000
                                     $ 50,000

Step (1): $250,000 x 90% =      $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below).

Step (2): $180,000 ÷ $225,000 = .80.

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

If a loss to any covered dwelling of four families or less is valued at "Actual Cash Value", this Coinsurance Condition does not apply to that loss. However, Paragraph C.7.c.(4) applies only if the Limit of Insurance for that dwelling is at least 80% of "Actual Cash Value."

E. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

actual amount of the loss or damage.

**F. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**G. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**H. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**I. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions, and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**J. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations Page; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**K. TRANSFERS OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

   This will not restrict your insurance.

**L. MORTGAGEHOLDERS**

1. The term "mortgageholder" includes trustee.

2. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations Page in their order of precedence, as interests may appear.

3. The mortgageholder has the right to receive loss payments even if the mortgageholder has started foreclosure or similar action on the building or structure.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

4.  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    a.  Pays any premium due under this Coverage Part at our request if you have failed to do so;

    b.  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    c.  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

5.  If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    a.  The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    b.  The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

6.  If we cancel this policy, we will give written notice to the mortgageholder at least:

    a.  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    b.  30 days before the effective date of cancellation if we cancel for any other reason.

7.  If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## M. DEFINITION

1.  "Actual Cash Value" means the amount it would cost to repair or replace Covered Property with material of comparable kind and quality, less allowance for deterioration and depreciation, including obsolescence.

Copyright, Church Mutual Insurance Company, 2001.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2000.

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## IDENTITY RECOVERY COVERAGE FORM
## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added to the Property Coverage Part:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" as defined in this coverage form; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the period for which this Identity Recovery Coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. Case Management Service

   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. Expense Reimbursement

   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. In all these cases, it does not matter whether the individual is acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual coverage form period. If an "identity theft" is first discovered in one coverage form period and continues into other coverage form periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the coverage form period when the "identity theft" was first discovered.

Legal costs as provided under Item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

Item e. (Lost Wages) and Item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the

Copyright, Church Mutual Insurance Company, 2008

Expense Reimbursement coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

## DEDUCTIBLE

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is not subject to a deductible.

## ADDITIONAL CONDITIONS

The following additional conditions apply in addition to the Common Policy Conditions and the Property Conditions:

A.  Assistance and Claims

For assistance, the "identity recovery insured" should call the toll-free number provided.

The toll-free number can provide the "identity recovery insured" with:

1.  Information and advice on how to respond to a possible "identity theft"; and

2.  Instructions on how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the coverage form. We reserve the right to deny

further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

B.  Services

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1.  Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2.  All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3.  We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

## DEFINITIONS

With respect to the provisions of this coverage form only, the following definitions are added:

1.  "Identity Recovery Case Manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2.  "Identity Recovery Expenses" means any of the following when they are reasonable and

Copyright, Church Mutual Insurance Company, 2008

necessary expenses that are incurred as a direct result of an "identity theft":

a.  Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

b.  Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

c.  Costs for credit reports from established credit bureaus.

d.  Costs for an attorney approved by us for the following.

(1)  The defense of any civil suit brought against an "identity recovery insured."

(2)  The removal of any civil judgment wrongfully entered against an "identity recovery insured."

(3)  Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

(4)  Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

(5)  The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

e.  Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises.  Time away from work includes partial or whole work days.  Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days.  Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

f.  Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision.  Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

g.  Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

h.  Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."  Such costs include:

(1)  Costs by the "identity recovery insured" to recover control over his or her personal identity.

(2)  Deductibles or service fees from financial institutions.

Such costs do not include:

(3)  Costs to avoid, prevent or detect "identity theft" or other loss.

(4)  Monies lost or stolen.

(5)  Costs that are restricted or excluded elsewhere in this endorsement or coverage form.

3.  "Identity Recovery Insured" means the following:

a.  When the entity insured under this coverage form is a religious institution, school or college, camp, or senior living facility the "identity recovery insureds" are:

(1)  All clergy employed by such entity; and

(2)  The religious institution business administrator, the head school or college administrator, camp director, or senior living administrator of such entity.

b.  "Identity recovery insured" also includes residents of the household of anyone qualifying as an "identity recovery insured" under Section a. above, provided such individuals are:

Copyright, Church Mutual Insurance Company, 2008

      (1)   Relatives of the person qualifying as an "identity recovery insured" under Section a. above ; or

      (2)   Under the age of 21 and in the care of the person qualifying as an "identity recovery insured" under Section a. above.

c.   When the entity insured under this coverage form is not a religious institution, school or college, camp, or senior living facility, then the definition of "identity recovery insured" depends on the ownership structure of the entity as follows:

      (1)   When the entity insured under this coverage form is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

      (2)   When the entity insured under this coverage form is a partnership, the "identity recovery insureds" are the current partners.

      (3)   When the entity insured under this coverage form is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if, there is no one who has such an ownership position, then the "identity recovery insured" shall be the executive director of the insured entity.

An "identity recovery insured" must always be an individual person. The entity insured under this coverage form is not an "identity recovery insured."

4.   "Identity Theft" means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this coverage form apply.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the Property Coverage Part. The following is added to the **CAUSES OF LOSS – SPECIAL FORM.**

Exclusion g. of Paragraph **B. EXCLUSIONS** is replaced by the following:

**g. Water.**

  (1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

  (2) Mudslide or mudflow;

  (3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment except as provided under G. Additional Coverage – Back Up Through Sewers and Drains.

  (4) Water under the ground surface pressing on, or flowing or seeping through:

    a. Foundations, walls, floors or paved surfaces;

    b. Basements, whether paved or not; or

    c. Doors, windows or other openings; or

  (5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph 1., 3., or 4. or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs g. (1) through g. (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs g. (1) through g. (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Copyright, Church Mutual Insurance Company, 2008.
Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2008.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM
## For Religious Institutions and Related Properties

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations Page. The words "we", "us", and "our" refer to Church Mutual Insurance Company. Other words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph I - DEFINITIONS.**

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

1. Covered Property.

   Covered Property, as used in this Coverage Form, means the type of property described in this section, A. 1., and limited in A. 2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   a. Building, meaning the building or structure described in the Declarations Page, including:

      (1) Signs on or within 100 feet of the described premises.

      (2) Signs away from premises.

      (3) Completed additions.

      (4) Glass windows and their protective covering; including stained glass windows.

      (5) Electric sound amplification equipment and accessories.

      (6) Fixtures, including outdoor fixtures.

      (7) Permanently installed:

         (a) Machinery; and

         (b) Equipment.

      (8) Fixed:

         (a) Seats;

         (b) Desks; and

         (c) Tables.

      (9) Steeples, pews, baptistries, pulpits, railings, altars, lecterns, clocks, bells, and organs.

      (10) The following personal property owned by you that is used to maintain or service the building or structure or its premises:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings fastened to the floor; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing, or laundering.

      (11) If not covered by other insurance:

         (a) Alterations and repairs to the building or structure; and

         (b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations, or repairs to the building or structure.

   b. Your Personal Property (not otherwise insured under building) located in or on the building described in the Declarations Page or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

      (1) Furniture and fixtures.

      (2) Machinery and equipment.

      (3) All other personal property owned by you and used in your operations.

      (4) Your use interest as tenant in improvements and betterments.

Copyright, Church Mutual Insurance Company, 2008.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

**POLICY NO.:** 0266104-02-999413

05/01/17

Improvements and betterments are fixtures, alterations, installations, or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

(5) Leased personal property for which you have a written contractual responsibility to insure. The contractual responsibility must have been established prior to any direct physical loss of or damage to the personal property.

2. Property Not Covered.

Covered Property does not include:

a. Accounts, bills, currency, deeds, evidences of debt, money, notes, or securities.

b. Animals.

c. Bridges, roadways, walks, patios, or other paved surfaces.

d. The cost of excavations, grading, backfilling, or filling.

e. Foundations of buildings, structures, machinery, or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement.

f. Water, land (including land on which the property is located), and growing crops.

g. Bulkheads, pilings, piers, wharves, or docks.

h. Property that is covered under another Coverage Form of this policy or any other policy in which it is more specifically described.

i. Outdoor fences and retaining walls except as provided in the Coverage Extensions.

j. Underground pipes, flues, or drains.

k. The cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions.

l. Vehicles or self-propelled machines (including automobiles, watercraft, and aircraft) that:

(1) Are operated principally away from the described premises; or

(2) Are licensed for use on public roads.

This Paragraph l. does not apply to your canoes or rowboats when on described premises.

m. The following property while outside of buildings:

(1) Grain, hay, straw, or other crops.

(2) Radio, television, satellite dish type, or other antennas, including their lead-in wiring, masts, or towers, except as provided in the Coverage Extensions.

(3) Trees, lawns, plants, or shrubs, except as provided in the Coverage Extensions.

**B. DEDUCTIBLE**

In any one occurrence of covered loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

Example No. 1:

This example assumes there is no coinsurance penalty.

A 101 (04-06)

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

Deductible: $250

Limit of Insurance - Bldg. 1:       $60,000
Limit of Insurance - Bldg. 2:       $80,000

Loss to Bldg. 1: $60,100
Loss to Bldg. 2: $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
-      250
$59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:
$59,850 + $80,000 = $139,850

Example No. 2:

This example, too, assumes there is no coinsurance penalty.

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1: $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2: $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:       $60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:       $80,000 (Limit of Insurance)
Total Amount of Loss Payable: $140,000

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations Page.

## D. COVERED CAUSES OF LOSS

See the applicable Causes of Loss Form as shown in the Declarations Page.

## E. EXCLUSIONS AND LIMITATIONS

See the applicable Causes of Loss Form as shown in the Declarations Page.

## F. COVERAGE EXTENSIONS

Each of the following Coverage Extensions are additional insurance. The Coinsurance Condition does not apply to these Extensions.

1. Newly Constructed Buildings.

   a. You may extend the insurance that applies to building to apply to:

      (1) Your new buildings while being built in the United States of America, Puerto Rico, or Canada.

      (2) Your additions to buildings:

          (a) Covered by the Building and Personal Property Coverage Form; and

          (b) Only if the addition is under construction.

   b. Insurance under this Extension for newly constructed building will end when any of the following first occurs:

      (1) This policy expires;

      (2) 180 days expire after you begin to construct the property; or

      (3) You report values to us.

   We will charge you additional premium for values reported from the date construction begins. The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

2. Newly Acquired Buildings and Newly Acquired Personal Property.

   a. You may extend the insurance that applies to building and personal property to apply to any building and personal property you acquire that is located (other than at described premises) in the United States of America, Puerto Rico, or Canada. The building and personal

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

property must be owned by you and intended for similar use as the building and personal property described in the Declarations Page.

b. Insurance under this Extension for newly acquired building and personal property will end when any of the following first occurs:

    (1) This policy expires;

    (2) 180 days expire after you acquire the building or the personal property located therein; or

    (3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The most we will pay for loss or damage under this Extension is $1,000,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

3. Personal Property of Others.

a. You may extend the insurance that applies to your personal property to apply to:

    (1) Personal property of your officers, trustees, employees, members, and guests; and

    (2) Personal property of others in your care, custody, or control.

b. This Extension applies only when the personal property is at the premises described in the Declarations Page.

c. This Extension does not apply:

    (1) To personal property that is located in dwelling or living quarters.

    (2) To personal tools and equipment of others.

    (3) To business and other personal property of your clergy.

    (4) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including

any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others:

    (1) Will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

4. Business Personal Property of Your Clergy.

a. You may extend the insurance that applies to your personal property to apply to business personal property of your clergy.

b. This Extension applies when business personal property of your clergy is at or away from the premises described in the Declarations Page.

c. This Extension does not apply if other insurance covers the same loss or damage except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to business personal property of your clergy will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

5. Personal Tools and Equipment of Others.

a. You may extend the insurance that applies to your personal property to apply to:

    (1) Personal tools and equipment of your volunteers, officers, trustees, employees, members, and guests; and

    (2) Personal tools and equipment of others in your care, custody, or control.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

b. This Extension applies only when the personal tools and equipment is used for the construction, renovation, or repair of the described premises in the Declarations Page.

c. This Extension does not apply:

(1) To tools and equipment that are located in dwelling or living quarters.

(2) If other insurance covers the same loss or damage, except we will pay for the amount of loss or damage we cover in excess of the amount due from that other insurance, including any deductible. We will not pay the amount due from that other insurance.

d. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

The most we will pay for all loss or damage under this Extension is $5,000 for any one occurrence.

6. Valuable Papers and Records - Cost of Research.

You may extend the insurance that applies to your personal property to apply to your costs necessarily incurred to research, replace, or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Extension is $10,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

7. Property Off Premises.

You may extend the insurance that applies to Covered Property to apply to:

a. Your Covered Property that is temporarily (not to exceed 180 days) removed from the premises described in the Declarations Page.

b. Your Covered Property in transit more than 100 feet from the premises described in the Declarations Page. We do not cover any loss or damage caused by or resulting from any transporting vehicle's collision with the roadbed.

This Extension applies to Covered Property anywhere in the world.

The most we will pay for loss or damage under this Extension is $25,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

8. Outdoor Trees, Lawns, Plants, or Shrubs.

You may extend your insurance to cover loss or damage to outdoor trees, lawns, plants or shrubs at the described premises. Loss or damage includes debris removal expense and must be caused by or result from any of the following Causes of Loss:

a. Fire.

b. Lightning.

c. Explosion.

d. Riot.

e. Civil Commotion.

f. Aircraft.

g. Theft.

h. Vandalism.

i. Vehicles, except loss or damage:

(1) Caused by or resulting from maintenance, construction, or repairs.

(2) Which is cumulative, occurring over a period of days, weeks, or months.

The most we will pay for loss or damage to any one tree, lawn, plant, or shrub is $500, unless a higher limit is shown on the Declarations Page. The most we will pay for all loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

9. Structures on Premises.

You may extend the insurance that applies to your buildings or personal property to apply to permanent structures owned by you. The permanent structures must be located on the premises described in the Declarations Page and be separated from buildings by clear space.

A 101 (04-06)

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

a. Structures on Premises include:

(1) Crosses, statuary, and similar religious structures;

(2) Maintenance, service or storage buildings and their contents;

(3) Fences and retaining walls;

(4) Pavilions and similar shelters;

(5) Light bearing standards or poles; and

(6) Radio, television, satellite dish type or other antennas (and their lead-in wiring, masts or towers) even if not separated from buildings by clear space.

b. Structures on Premises does not include:

(1) Any structure located on cemetery premises;

(2) Any structure that pertains to the occupancy of a dwelling;

(3) Any building (other than maintenance, service, or storage buildings and their contents); or

(4) Any outside signs.

The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

10. Dwelling.

You may extend the insurance that applies to any dwelling occupied by not more than four families and described in the Declarations Page to apply to that dwelling's:

a. "Related private structures."

b. "Property in the dwelling."

c. "Rental value."

d. "Additional living expense."

The most we will pay for loss or damage to dwelling related private structures under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss or damage to property in the dwelling under this Extension is up to 5% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for loss of dwelling rental value under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

The most we will pay for the cost of additional living expense under this Extension is up to 10% of the Limit of Insurance shown for that dwelling in the Declarations Page.

As respects this Extension, when blanket coverage applies to a described dwelling, we will determine that dwelling's Limit of Insurance at the time of loss or damage as the replacement value of the dwelling.

G. **ADDITIONAL COVERAGES**

Each of the following Additional Coverages provides an additional amount of insurance unless otherwise indicated.

1. Debris Removal

a. Subject to Paragraphs c. and d., we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

b. Debris Removal does not apply to costs to:

(1) Extract "pollutants" from land or water; or

(2) Remove, restore, or replace polluted land or water.

c. Subject to the exceptions in Paragraph d., the following provisions apply:

(1) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(2) Subject to (1) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

d. We will pay an additional $10,000, unless a higher limit is shown on the Declarations Page, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(1) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(2) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if d. (1) and/or d. (2) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000, unless a higher limit is shown on the Declarations Page.

e. Examples

The following examples assume that there is no coinsurance penalty.

Example #1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000-$500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense

is payable in accordance with the terms of Paragraph c.

Example #2

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $10,500 |
| Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph c. is calculated as follows: $80,000 ($79,500 + $500) X .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph d., because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph d. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

2. Preservation of Property.

If it is necessary to move Covered Property from the premises described in the Declarations Page to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

a. While it is being moved or while temporarily stored at another location; and

b. Only if the loss or damage occurs within 30 days after the property is first moved.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

This is not an additional amount of insurance.

3. Fire Department Service Charge.

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a higher limit is shown on the Declarations Page, for your liability for fire department service charges:

   a. Assumed by contract or agreement prior to loss; or

   b. Required by local ordinance.

   No deductible applies to this Additional Coverage.

4. Fire Extinguisher and Fire Suppression System Recharge

   a. We will pay the actual cost to recharge fire extinguishers after their use in fighting a fire at the described premises.

   b. We will pay the actual cost to recharge fire suppression systems due to leakage or discharge at the described premises. However, this provision applies only if the leakage or discharge of the fire suppression system is caused by a Covered Cause of Loss.

5. Institutional Income and Extra Expense.

   a. Institutional Income.

      We will pay your actual loss of net income that occurs during the period from the date of loss to the date the property can reasonably be restored to a tenantable condition but not longer than 12 consecutive months following the date of the direct physical loss or damage, if your "operations" or occupancy are necessarily interrupted because of direct physical loss of or damage to covered property at the described premises, resulting from a covered cause of loss. In determining the amount of any loss, we will consider the history of your income prior to the loss.

      Institutional income means:

      (1) Net Income. This means:

          (a) Total receipts and contributions (less operating expenses) normally received during the

          period of disruption of operations; and

          (b) Necessary continuing normal operating expenses;

          Received or incurred by your "operations." We will consider payroll continuation and other expenses to the extent necessary to resume your "operations" with the same quality of service that existed before the loss.

      (2) Rents. This means:

          (a) Your actual loss of rental income from your building as furnished or equipped; and

          (b) Any of your expenses that your tenants had agreed to pay; and

          (c) The "rental value" of any part of the building that you occupy;

          Less any expenses that do not continue.

      You must do all you can to reduce the loss. We do not cover any increase in loss due to your failure to use reasonable efforts to resume complete or partial operations. This includes making use of other locations and property to reduce the loss.

   b. Extra Expense.

      We will pay any actual and necessary extra expense sustained by you due to direct physical loss of or damage to Covered Property (except any dwelling) at the premises described in the Declarations Page caused by or resulting from any Covered Cause of Loss.

      (1) Extra expense means necessary "additional expense" you incur during the "period of restoration":

          (a) To avoid or minimize the "suspension" of your "operations":

              1) At the premises described in the Declarations Page.

              2) At replacement premises or at temporary locations including relocation

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

expenses and costs to equip and operate the temporary or replacement locations.

(b) To minimize the "suspension" of your "operations" if you cannot continue "operations."

(c) To reduce the amount of loss otherwise payable by:

1) Repairing or replacing any property; or

2) Researching, replacing, or restoring the lost information on damaged valuable papers and records;

to the extent 1) or 2) above, reduce the amount of loss otherwise payable.

c. Civil Authority.

We will pay for the actual loss of Institutional Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Institutional Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

(1) Three consecutive weeks after the time of that action; or

(2) When your Institutional Income coverage ends;

whichever is later.

d. Alterations and New Buildings.

(1) We will pay for the actual loss of Institutional Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(a) New buildings or structures, whether complete or under construction;

(b) Alterations or additions to existing buildings or structures; or

(c) Machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises; and

1) Used in the construction, alterations, or additions; or

2) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

e. Extended Institutional Income.

(1) Institutional Income other than "Rental Value."

If the necessary "suspension" of your "operations" produces an Institutional Income loss payable under this policy, we will pay for the actual loss of Institutional Income you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt, or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

1) The date you could restore your "operations," with reasonable speed, to the level which would generate the institutional income amount that would have existed if no direct physical loss or damage had occurred; or

2) 30 consecutive days after the date determined in (a) above.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

b.  Application Of Coverage(s).

The Coverage(s) provided by this additional coverage apply only if both b.(1) and b.(2) are satisfied and are then subject to the qualifications set forth in b.(3).

(1)  The ordinance or law:

a)  Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

b)  Is in force at the time of loss.

But coverage under this additional coverage applies only in response to the minimum requirements of the ordinance or law.  Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this additional coverage.

(2)  a)  The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

b)  The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

c)  But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this additional coverage even if the building has also sustained covered direct physical damage.

(3)  In the situation described in b.(2)b) above, we will not pay the full amount of loss otherwise payable under the terms of Paragraph a. of this additional coverage.  Instead, we will pay a proportion of such loss;

meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Paragraph a. of this additional coverage.

c.  Loss Payment

(1)  All following loss payment Provisions, c.(2) through c.(4), are subject to the apportionment procedures set forth in Paragraph b. of this additional coverage.

(2)  When there is a loss in value of an undamaged portion of a building to which Coverage for Loss to the Undamaged Portion of the Building applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

a)  If the Replacement Cost Coverage Option applies and the property is repaired or replaced, on the same or another premises, we will not pay more than the amount you actually spend to repair, rebuild, or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style, and comparable quality of the original property insured.

b)  If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the building at the time of loss.

(3)  Loss payment under Demolition Cost Coverage is the amount you actually spend to demolish and clear the site of the described premises.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

(4) Loss payment under Increased Cost of Construction Coverage will be determined as follows:

a) We will not pay under Increased Cost of Construction Coverage:

1) Until the property is actually repaired or replaced, at the same or another premises; and

2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the same premises; or

c) If the ordinance or law requires relocation to another premises, the most we will pay under Increased Cost of Construction is the increased cost of construction at the new premises.

d. Under this Additional Coverage, we will not pay for:

(1) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling, or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread, or any activity of "fungus," wet or dry rot or bacteria; or

(2) Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

e. Under this additional coverage, we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

The most we will pay under this Additional Coverage is $100,000, unless a higher limit is shown on the Declarations Page, for any one occurrence.

**H. OPTIONAL COVERAGES**

If shown as applicable in the Declarations Page, the following Optional Coverages apply separately to each item.

1. Agreed Value.

a. The Coinsurance Condition does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations Page.

b. The terms of this Optional Coverage apply only to loss or damage that occurs on or after the effective date of this Optional Coverage.

2. Automatic Increase in Insurance.

a. The Limit of Insurance for buildings and personal property described in the Declarations Page shall be increased at the same rate as the increase in the published construction cost multipliers on file with the company.

b. We will determine the Limit of Insurance as of the time of loss or damage as follows:

(1) We will multiply the latest available published construction cost multiplier by the Limit of Insurance shown for the lost or damaged property.

The Limit of Insurance as determined above will not be reduced to less than the limit shown in the Declarations Page.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

If the Limit of Insurance for any building or personal property is changed during the term of this policy, the inception date of this Optional Coverage for that property will be the same as the date of the change.

## I. DEFINITIONS

1. "Additional expense" means expense you incur that you would not have incurred if there had been no direct physical loss or damage. When your operations are resumed, we will deduct from the total of such expenses the salvage value that remains of any property bought for temporary use during the "period of restoration."

2. "Additional living expense" means any necessary increase in living expenses you incur for your employees (including your clergy) so they can maintain their normal standard of living.

   "Additional living expense" begins with the date the premises are untenantable due to covered loss or damage and ends on the date the premises should be repaired or rebuilt with reasonable speed and similar quality.

3. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

4. "Operations" means your institutional activities occurring at the described premises and the tenantability of the described premises, if coverage for Institutional Income including "Rental Value" or "Rental Value" applies.

5. a. "Period of Restoration" means the period of time that:

   (1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   (2) Ends on the date when the property at the described premises should be repaired, rebuilt, or replaced with reasonable speed and similar quality.

   b. "Period of Restoration" does not include any increased period required due to the enforcement of any law that:

   (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

   (2) Requires any insured or others, to test for, monitor, clean-up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants."

      The expiration date of this policy will not cut short the "period of restoration."

6. "Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

7. "Property in the dwelling" means personal property you own located in dwelling quarters maintained by you for use by an employee.

8. "Related private structures" means any structure located on the same premises as the described dwelling and which pertains to the occupancy of the dwelling.

9. "Rental value" means:

   a. The actual gross rental income from tenant occupancy of the dwelling as furnished and equipped by you; plus

   b. The amount of all charges which were the legal obligations of the tenant and which become your obligation.

   "Rental value" coverage begins with the date the premises are untenantable due to covered loss or damage and ends on the date the premises should be repaired or rebuilt with reasonable speed and similar quality.

10. "Suspension" means:

    a. The slowdown or cessation of your business activities; or

    b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

PROPERTY COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot.  Such loss or damage is addressed in a separate exclusion in this Coverage Part.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria: and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part.

Copyright, Church Mutual Insurance Company, 2016.
Includes copyrighted material of ISO Properties, Inc., with its permission.
© ISO Properties, Inc., 2006

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. **Refer to Paragraph H - Definitions.**

## A. COVERED CAUSES OF LOSS

1. When Special is shown in the Declarations Page, Covered Causes of Loss means Risks of Direct Physical Loss unless the loss is:

    a. Excluded in Paragraph B., Exclusions; or

    b. Limited in Paragraph C., Limitations;

    that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. Building Ordinance or Law.

        The enforcement of any ordinance or law:

        (1) Regulating the construction, use, or repair of any property; or

        (2) Requiring the tearing down of any property, including the cost of removing its debris;

        except as provided in the Additional Coverages.

        This exclusion, ordinance or law, applies whether the loss results from:

        (1) An ordinance or law that is enforced even if the property has not been damaged; or

        (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss to that property.

    b. Earth Movement.

        (1) Earthquake, including any earth sinking, rising, or shifting related to such event;

        (2) Landslide, including any earth sinking, rising, or shifting related to such event;

        (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

        (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

        But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

        (5) Volcanic eruption, explosion, or effusion. But if volcanic eruption, explosion, or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

        Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

        (a) Airborne volcanic blast or airborne shock waves;

        (b) Ash, dust, or particulate matter; or

        (c) Lava flow.

        All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

        Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the described property.

Copyright, Church Mutual Insurance Company, 2008.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

POLICY NO.: 0266104-02-999413                                    05/01/17

c. Governmental Action.

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Part.

d. Nuclear Hazard.

Nuclear reaction or radiation or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Utility Services.

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that covered Cause of Loss.

f. War and Military Action.

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

g. Water.

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water which backs up through sewers or drains except as provided under G. Additional Coverage - Back Up Through Sewers and Drains.

(4) Water under the ground surface pressing on or flowing or seeping through:

(a) Foundations, walls, floors, or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows, or other openings.

But if water, as described in g. (1) through g. (3) above, results in fire, explosion, or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

h. "Fungus", Wet Rot, Dry Rot and Bacteria.

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

1. When "fungus," wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances, or wires.

A 127 (04-06)

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use, or loss of market.

c. Smoke, vapor, or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking, or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or domestic animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature.

But if an excluded cause of loss that is listed in 2. d. (1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

g. Water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives, or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

l. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

j. Collapse, except as provided below in the Additional Coverage - Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

k. Discharge, dispersal, seepage, migration, release, or escape of "pollutants" unless the discharge, dispersal, seepage,

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

migration, release, or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release, or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

l.  Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3.  We will not pay for loss or damage caused by or resulting from any of the following 3. a. through 3. c. but if an excluded cause of loss that is listed in 3. a. through 3. c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.  Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

c.  Faulty, inadequate, or defective:

(1)  Planning, zoning, development, surveying, siting;

(2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)  Materials used in repair, construction, renovation, or remodeling; or

(4)  Maintenance;

of part or all of any property on or off the described premises.

## C.  LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1.  We will not pay for loss of or damage to property, as described and limited to this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a.  Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b.  Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c.  The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether driven by wind or not, unless:

(1)  The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2)  The loss or damage is caused by or results from thawing of snow, sleet, or ice on the building or structure.

d.  Building materials and supplies intended for construction, alterations or repairs not attached as part of the building or structure caused by or resulting from theft.

e.  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f.  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g.  Fences, swimming pools, and retaining walls caused by:

(1)  Heaving, bulging, or buckling;

(2)  Freezing or thawing; or

(3)  Pressure of weight of ice or water.

2.  We will pay for covered loss or damage to personal property that is a work of art, antique or rare article, including etchings, pictures,

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

statuary, marbles, bronzes, porcelains, and bric-a-brac. But, the most we will pay for loss or damage is up to $5,000 for any one occurrence.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage.

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording, or storage media. Valuable papers and records do not include prepackaged software programs.

   b. Fragile articles such as glassware, statuary, marbles, chinaware, and porcelains, if broken. This restriction does not apply to photographic or scientific instruments or lenses.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder, or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

## D. ADDITIONAL COVERAGE - COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D. 1. through D. 5. below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss'" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in a. through e.; we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form to the causes of loss listed in 2a., 2.d., and 2.e.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts, or towers;

   b. Awnings, gutters, and downspouts;

   c. Yard fixtures;

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

d.  Outdoor swimming pools;

e.  Fences;

f.  Piers, wharves, and docks;

g.  Beach or diving platforms or appurtenances;

h.  Retaining walls; and

i.  Walks, roadways, and other paved surfaces;

if the collapse is caused by a cause of loss listed in b. through f., we will pay for loss or damage to that property only if:

a.  Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b.  The property is Covered Property under this Coverage Form.

4.  If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a.  The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

b.  The personal property which collapses is inside a building; and

c.  The property which collapses is not a kind listed in 3. above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

5.  This additional coverage, collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E.  ADDITIONAL COVERAGE - LIMITED COVERAGE FOR "FUNGUS," WET ROT, DRY ROT AND BACTERIA**

1.  The coverage described in E.2., E.6., and E.7. only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a.  A "specified cause of loss" other than fire or lightning.

2.  We will pay for loss or damage by "fungus," wet or dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:

a.  Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria;

b.  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

c.  The cost of testing performed after removal, repair, replacement, or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

3.  The coverage described under E.2. of this Limited Coverage is limited to $50,000 on an annual aggregate basis.  Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning).  With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.1. (Additional Coverage Extension - Water Damage) of this Causes of Loss Form or under Paragraph D. Additional Coverage - Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

7. The following 7.a. or 7.b., applies only if Institutional Income and/or Extra Expense in ADDITIONAL COVERAGES in the Building and Personal Property Coverage Form, applies to the described premises and only if

the interruption of "operations" satisfies all terms and conditions of the applicable Institutional Income and/or Extra Expense Additional Coverage.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate an interruption of "operations," but such interruption is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Institutional Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered interruption of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

**F. ADDITIONAL COVERAGE EXTENSION - WATER DAMAGE**

1. Water Damage. If covered loss or damage, caused by or resulting from water or other liquid, or powder, or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to replace damage to the system or appliance from which the water or other substance escapes.

   This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**G. ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS AND DRAINS**

   Subject to all other terms and conditions of this policy, we will pay for direct physical loss or damage to Covered Property caused by back up of water or sewage through sewers or drains only if caused by an event away from the described buildings and when the damage is not caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

whether driven by wind or not, and which did not enter the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building.

Sewer or water damage occurring as a result of, either before or after, the excluded flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not, and entering the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building is not covered.

This ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS OR DRAINS will not increase the Limits of Insurance provided in this Coverage Part.

## H. DEFINITIONS

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.   Waste includes, materials to be recycled, reconditioned, or reclaimed.

3. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This Cause of Loss does not include:

   a.  The cost of filling sinkholes; or

   b.  The sinking or collapse of land into man-made underground cavities.

4. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; damage by burglars; sonic boom; sinkhole collapse; volcanic action; falling objects; weight of snow, ice, or sleet; water damage.

5. "Water damage" means accidental discharge or leakage of water or other liquid, powder, or molten material as the direct result of the breaking apart or cracking of any part of a system or appliance containing water or other liquid, powder, or molten material.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2001.

# CAUSES OF LOSS - EARTHQUAKE FORM

## A. COVERED CAUSES OF LOSS

When Earthquake is shown in the Declarations Page, Covered Causes of Loss means the following:

1. Earthquake.

2. Volcanic Eruption, meaning the eruption, explosion, or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168 hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168 hour period.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. Building Ordinance or Law.

       The enforcement of any ordinance or law:

       (1) Regulating the construction, use or repair of any property; or

       (2) Requiring the tearing down of any property, including the cost of removing its debris;

       except as provided in the Additional Coverages.

       This exclusion, ordinance or law, applies whether the loss results from:

       (1) An ordinance or law that is enforced even if the property has not been damaged; or

       (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss to that property.

    b. Governmental Action.

       Seizure or destruction of property by order of governmental authority.

    c. Nuclear Hazard.

       Nuclear reaction or radiation or radioactive contamination, however caused.

    d. Utility Services.

       The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

       But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    e. War And Military Action.

       (1) War, including undeclared or civil war;

       (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

       (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss or damage caused by or resulting from:

    a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances, or wires.

    b. Fire, explosion (other than volcanic explosion), landslide, tidal wave, flood, mudslide, or mudflow, even if attributable to an Earthquake or Volcanic Eruption.

    c. Any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

A 128 (01-98)

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

## C. LIMITATION

We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying:

1. The Deductible applicable to this form; or

2. The Additional Condition, Coinsurance applicable to this Coverage Part.

This limitation does not apply if:

1. The premises description in the Declarations Page specifically states "Including Masonry Veneer"; or

2. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

## D. DEDUCTIBLE

1. The provisions of Section D. applicable to all Coverage Forms except:

   a. Business Income and Extra Expense Coverage Form.

   b. Business Income Coverage Form (Without Extra Expense).

   c. Extra Expense Coverage Form.

2. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption.

   a. All policies.

   (1) A Deductible is calculated separately for, and applies separately to:

   (a) Each building, if two or more buildings sustain loss or damage;

   (b) The building and to personal property in that building, if both sustain loss or damage;

   (c) Personal property at each building, if personal property at two or more buildings sustain loss or damage;

   (d) Personal property in the open.

   (2) We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by either of the following: Coinsurance Condition or Agreed Value Optional Coverage.

   (3) When property is covered under the Coverage Extension for Newly Constructed Buildings, Newly Acquired Buildings, or Newly Acquired Personal Property. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Constructed Buildings, Newly Acquired Buildings, or Newly Acquired Personal Property, is the highest percentage shown in the Declarations for any described premises.

   b. Calculation Of The Deductible - Specific Insurance Other Than Builders' Risk.

   In determining the amount, if any, that we will pay for the loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

   c. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk.

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage.

   d. Calculation Of The Deductible - Builders' Risk Insurance.

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Declarations) of the actual cash value(s) of that property as of the time of loss or damage.

A 128 (01-98)

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

3. The following is applicable only to the Coverage Forms specified below:

   a. Business Income and Extra Expense Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form;

   c. Extra Expense Coverage Form.

   For buildings over 4 stories in height, we will only pay for loss you sustain after the first 168 hours after direct physical loss or damage caused by or resulting from Earthquake or Volcanic Eruption.

4. Examples - Application of Deductible in D. 2.:

Example #1 - Specific Insurance (D. 2. b)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step (1):   $70,000 ÷ $80,000 = .875
Step (2):   $60,000 X .875 = $52,500
Step (3):   $70,000 X 5% = $3,500
Step (4):   $52,500 - $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the coinsurance penalty for inadequate insurance [Steps (1) and (2)] and the application of the Deductible [Steps (3) and (4)].

Example #2 - Specific Insurance (D. 2. b.)

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no coinsurance penalty).

The Deductible is 10%.

Building

Step (1):   $80,000 X 10% = $8,000
Step (2):   $60,000 - $8,000 = $52,000

Business Personal Property

Step (1):   $64,000 X 10% = $6,400
Step (2):   $40,000 - $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

Example #3 - Blanket Insurance (D. 2. c.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000), is $2,000,000.

The coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit of Insurance covering Buildings #1, #2, and #3 shown in the Declarations, is $1,800,000 (therefore no coinsurance penalty).

Buildings #1 and #2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building #1) and $60,000 (Building #2).

The Deductible is 5%.

Building #1

Step (1):   $500,000 X 5% = $25,000
Step (2):   $40,000 - $25,000 = $15,000

Building #2

Step (1):   $500,000 X 5% = $25,000
Step (2):   $60,000 - $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

2:21-cv-02086-CSB-EIL   # 1   Page 80 of 103

05/01/17

Example #4 - Blanket Insurance (D. 2. c.)

The sum of the values of Building #1 ($500,000), Building #2 ($500,000), Business Personal Property at Building #1 ($250,000) and Business Personal Property at Building #2 ($250,000), is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit of Insurance covering Buildings #1 and #2 and Business Personal Property at Buildings #1 and #2, shown in the Declarations, is $1,350,000. Therefore there is no coinsurance penalty.

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building

Step (1):    $500,000 X 10% = $50,000
Step (2):    $95,000 - $50,000 = $45,000

Business Personal Property

Step (1):    $250,000 X 10% = $25,000
The loss, $5,000, does not exceed the Deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

Copyright, Church Mutual Insurance Company, 1998.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995.

# SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE FORM

This endorsement modifies insurance provided under the Property Coverage Part and the Inland Marine Coverage Part.

The following is added to the Causes of Loss - Basic Form, Causes of Loss - Broad Form, and Causes of Loss - Special Form, and Inland Marine Builders' Risk Coverage Form.  This coverage is subject to the terms and conditions of this form and the terms and conditions of the policy to which it is attached.

## A.  ADDITIONAL COVERED CAUSES OF LOSS

1.  When the SYSTEMS/EQUIPMENT BREAKDOWN COVERAGE form is shown in the Declarations Page, Covered Causes of Loss include:

    a.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    b.  Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances, or wires;

    c.  Explosion of steam boilers, steam pipes, steam engines, steam turbines, owned or leased by you or operated under your control; and

    d.  Loss or damage to steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment.

    e.  Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

2.  The coverage provided by this form includes equipment that is owned by you, a utility, or others that is:

    a.  Within 500 feet of the premises described in the Declarations Page; or

    b.  More than 500 feet from the premises described in the Declarations Page but is used to solely supply these premises.

    We will pay for losses or damages covered by this policy that are the direct result of damage to this equipment from a covered cause of loss provided by this form in Section A.1. above.

3.  The following Exclusions and Limitations do not apply to the coverage provided by this form:

    a.  CAUSES OF LOSS - BASIC FORM, A 125, if applicable, Exclusions B.2.a., B.2.d., and B.2.e.

    b.  CAUSES OF LOSS - BROAD FORM, A 126, if applicable, Exclusions B.2.a., B.2.b., and B.2.c.

    c.  CAUSES OF LOSS - SPECIAL FORM, A 127, if applicable, Exclusions B.2.a., B.2.d.(6), and B.2.e., and Limitations C.1.a. and C.1.b.

    d.  INLAND MARINE BUILDERS' RISK COVERAGE FORM, A 403, if applicable, Exclusions E.2.a., E.2.d.(6), and E.2.e., and Limitations F.1.a. and F.1.b.

## B.  ADDITIONAL EXCLUSIONS

The following additional exclusions apply to the coverage provided by this form.

1.  We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

    a.  Frost, freezing, or other effects of cold weather;

    b.  Ice, snow, sleet, or hail, whether driven by wind or not;

    c.  Wind; or

    d.  Water or liquid damage, except if a covered cause of loss provided by this form in Section A.1. above results from a flood, we will pay for the resulting loss.

2.  We will not pay for any loss or damage caused by or resulting from:

    a.  Depletion, deterioration, corrosion, or erosion; or

    b.  Wear and tear;

    unless a covered cause of loss provided by this form in Section A.1. results.  In that event, we will pay for loss or damage to your Covered Property which is the direct result of this covered cause of loss.

Copyright, Church Mutual Insurance Company, 1999.

3. We will not pay for loss or damage to the following items of property:

   a. Buildings, structures, or inflatable structures;

   b. Retaining walls, bulkheads, piers, wharves, docks, structures located on or partially over water;

   c. Pavements, foundations, walls, floors, roofs, ceilings, glass, cabinets, compartments, or similar items;

   d. Vehicles, self-propelled equipment, aircraft, or watercraft;

   e. Any machine or apparatus used for research, diagnosis, medication, surgical, therapeutic, dental, or pathological purposes;

   unless this property is damaged as the direct result of a covered cause of loss provided by this form in Section A.1. to property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission, or utilization of energy.

4. We will not pay for loss or damage to buried vessels, pipes, flues, or drains.

## C. ADDITIONAL COVERAGE EXTENSION

The following extensions apply to the coverage provided by this form.

1. Expediting Expenses.

   With respect to Covered Property damaged by a covered cause of loss provided by this form in Section A.1., we will pay the reasonable extra cost to make temporary repairs, expedite permanent repairs, and expedite permanent replacement.

2. Hazardous Substances

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

   Additional costs mean those beyond what would

have been required had no "hazardous substance" been involved.

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur, and loss under Spoilage coverage, is $100,000.

3. Spoilage.

   a. Your loss to perishable goods due to spoilage resulting from lack of power light, heat, steam, or refrigeration from a covered cause of loss provided by this form in Section A.1.

   b. Expense to reduce such loss. This expense is limited to the smaller of amount expended to reduce spoilage loss or the spoilage loss that would result if no expenditure had been made to reduce spoilage loss.

## D. ADDITIONAL CONDITIONS

The following conditions apply to the coverage provided by this form:

1. Suspension.

   Upon our discovery of a dangerous condition with respect to any item of property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission, or utilization of energy, any of our representatives may immediately suspend the coverage provided by this form for that item of property. This can be done by delivering or mailing a written notice of suspension to you, at your address shown in this policy, or at the location of the property.

   Once we have suspended your coverage in this manner, your insurance can be reinstated only by an endorsement.

   If we suspend your insurance, you will get a pro rata refund of premium, but the suspension will be effective even if we have not yet made or offered a refund.

2. Jurisdictional Inspections.

   If any property that is covered equipment under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

A 154 (10-99)     Copyright, Church Mutual Insurance Company, 1999.    Page 2 of 2

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the Property Coverage Part.

**A. Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations Page may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for sixty (60) days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing to you written notice of cancellation at least:

   a. Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than sixty (60) days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least sixty (60) days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least ten (10) days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. **Real property other than residential properties occupied by four families or less.**

   The following applies only if this policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation if:

   a. After a fire loss, permanent repairs to the building have not started within sixty (60) days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied sixty (60) or more consecutive days. This does not apply to:

      (1) Seasonal unoccupancy; or

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

2:21-cv-02086-CSB-EIL   # 1   Page 84 of 103

**(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

**(1)** An outstanding order to vacate;

**(2)** An outstanding demolition order; or

**(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for thirty (30) consecutive days or more.

The policy will cancel 10 days following receipt of the written notice by the named insured(s).

**9. Residential properties occupied by four families or less.**

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for sixty (60) days or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew or continue this policy, we will mail you, your agent or broker and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance,

this policy will end on the effective date of that insurance.

**2.** The following provision applies only if this policy covers residential properties occupied by four families or less:

If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

**a.** The policy was obtained by misrepresentation or fraud;

**b.** The risk originally accepted has measurably increased; or

**c.** You receive sixty (60) days notice of our intent not to renew as provided in **1.** above.

**C.** The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**E.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

(1) You demanded the appraisal; and

(2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **Concealment, Misrepresentation or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

a. This Coverage Part or Coverage Form is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment, or misrepresentation is stated in the policy or endorsement or in the written application of this policy and:

(1) Was made with actual intent to deceive; or

(2) Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

b. This Coverage Part or Coverage Form is void if you or any other insured, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

(1) This Coverage Part or Coverage Form;

(2) The Covered Property;

(3) Your interest in the Covered Property; or

(4) A claim under this Coverage Part or Coverage Form.

c. Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

F. For the Property Coverage Part, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

a. The loss arose out of a pattern of criminal domestic violence; and

b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **F.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

A 199 (05-05)

Copyright, Church Mutual Insurance Company, 2005
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© ISO Properties, Inc., 2004.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES - MINE SUBSIDENCE

This endorsement modifies insurance provided under the **PROPERTY COVERAGE PART**

The Coverage Form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

I.   The following applies to **Non-Residential Buildings**.

   **A.  COVERAGE**

     Paragraph A. is replaced by the following:

   **A.  MINE SUBSIDENCE COVERAGE**

     We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations Page caused by or resulting from Mine Subsidence.

     1.   Covered Property.

        Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations Page:

        Commercial Building - meaning any building, other than a residence, permanently affixed to realty, including:

        a.   Cost of excavation, grading, or fillings;

        b.   The foundation, basements, and footings of buildings;

        c.   Septic systems directly servicing the buildings;

        d.   Pilings, piers, pipes, flues, and drains, all of which are underground; and

        e.   Pilings which are below the low-water mark.

     2.   Property Not Covered.

        Covered property does not include:

        a.   Land, trees, plants, crops, or agricultural field drainage tile;

        b.   Personal property; or

        c.   Driveways, parking lots, and sidewalks.

     3.   Covered Cause of Loss.

        Mine Subsidence- meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of man-made underground mines, including but not limited to, coal mines, clay mines, limestone mines, and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

        a.   Earthquake, landslide, volcanic eruption;

        b.   Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

        c.   Collapse of storm or sewer drains or rapid transit tunnels.

Copyright, Church Mutual Insurance Company, 2011.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

4. Additional Coverage.

   Debris Removal

   We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

B. **EXCLUSIONS**

1. Paragraph 1.b.(3) in the Earth Movement Exclusion applicable to the Coverage Form to which this endorsement applies is deleted.

2. The following is added:

   We will not pay for:

   a. Indirect or consequential loss; or

   b. Loss of use;

   caused by or resulting from Mine Subsidence.

C. **LIMITS OF INSURANCE**

1. The **LIMITS OF INSURANCE** Section is replaced by the following:

   The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations Page, subject to C.2. below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the

Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

D. **PROPERTY CONDITIONS**

The **COINSURANCE** Property Condition does not apply to this endorsement.

E. The following is added:

**OTHER INSURANCE-MINE SUBSIDENCE**

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

II. The following applies to **Residential Buildings**.

A. **COVERAGE**

Paragraph A. is replaced by the following:

A. **MINE SUBSIDENCE COVERAGE**

We will pay for direct physical loss of or damage to residences at the premises described in the Mine Subsidence Schedule or in the Declarations Page caused by or resulting from Mine Subsidence.

1. Covered Property.

   Covered Property, as used in this endorsement, means the following type of property for which a Limit of Insurance is shown in the Mine Subsidence Schedule or Declarations Page.

   Residence - meaning any building used principally for residential purposes up to and including a four-family dwelling, permanently affixed to realty, including:

Copyright, Church Mutual Insurance Company, 2011.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

**IMPORTANT - ATTACH TO YOUR POLICY**

## CHURCH MUTUAL INSURANCE COMPANY
## CHANGE ENDORSEMENT

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:

**ENDORSEMENT EFFECTIVE DATE:** 05/01/19          **POLICY NO.:** 0266104-02-999413
**POLICY EFFECTIVE DATE:** 05/01/17

ST JAMES UNITED METHODIST CHURCH OF DANVILLE
ILLINOIS INCORPORATED DBA ST JAMES UNITED
METHODIST CHURCH
504 N VERMILION ST
DANVILLE IL 61832-4690


SUMMARY CHANGES TO YOUR POLICY:

THE EFFECTIVE DATE OF THIS ENDORSEMENT IS AMENDED TO READ 04/05/19
IN LIEU OF 05/01/19.

THE PROPERTY AND GENERAL LIABILITY COVERAGE PARTS ARE AMENDED FOR
PREMISES 001, BUILDING 001, CHURCH. INCREASING THE LIMIT OF INSURANCE
TO $8,860,763 BUILDING COVERAGE AND $1,302,115 PERSONAL PROPERTY
COVERAGE, REPLACEMENT COST, SPECIAL AND 80% COINSURANCE.  OPTIONAL
COVERAGE:  AUTOMATIC INCREASE IN INSURANCE.  AGREED VALUE.
THE BUILDERS RISK PROJECT IS COMPLETE.

THE FOLLOWING ARE DELETED:

PREMISES 001, BUILDING 008 - BUILDERS RISK (ADDITION TO PREM 001,
BLDG 001)
FORM A 105(01-01) BUILDERS RISK COVERAGE FORM
FORM A 149(06-87) DEDUCTIBLE - TWO OR MORE COVERAGE FORM
FORM A 234(01-98) EXCLUSION - EXPLOSION, COLLAPSE AND UNDERGROUND
PROPERTY DAMAGE HAZARD


**PREMIUM:**
RETURN PREMIUM FOR THIS ENDORSEMENT: $      694.00

SUMMARY OF ADDITIONAL CHARGES (INCLUDED IN ANNUAL PREMIUM)

MINE SUBSIDENCE               $   201.00 ANNUAL CHARGE

**AGENT:** 02-016
KEN BRACH
3000 SCHUSTER LANE
MERRILL WI 54452
(800) 554-2642



PLAINTIFF'S
EXHIBIT

B



Church
Mutual
INSURANCE COMPANY

UN 412(06-86) CHANGE ENDORSEMENT          PAGE 1                    ISSUED DATE: 06/14/19



PROTECTING
THE GREATER
GOOD.

**VIA CERTIFIED MAIL**

August 24, 2019



St. James United Methodist Church of Danville
504 North Vermillion Street
Danville, IL 61832

Claim No.:       1385497
Insured:        St. James United Methodist Church of Danville
Date of Loss:   May 15, 2019
Policy No.:     0266104-02-999413

Dear John Martin and St. James United Methodist Church of Danville:

On June 3, 2019, Church Mutual Insurance Company received a claim for hail damage. We have completed our analysis of potential policy benefits related to the above-referenced incident. We thank you for your cooperation during our investigation. Please be assured this claim received careful consideration. We compared the policy provisions to the facts obtained through our investigation and must respectfully inform you there is no coverage for the exterior damages under the Causes of Loss – Special Form.

To assist in our investigation, we retained the services of Rimkus Consulting Group, Inc to complete an engineer inspection of the church building located at 504 North Vermillion Street, Danville, Illinois. Andrew J. Sharer, P.E. completed an on-site inspection of the building on July 15, 2019 to determine if the metal roof sustained storm related hail damage. Please find attached a copy of the engineer's report.

Specifically, the engineer did extensive investigation and research into the origin of the claimed roof damage. Mr. Sharer's inspection revealed no evidence of storm damage to the metal roof. The investigation found evidence of various widespread prior indentations and anomalies to the roof materials and guttering. Your policy of insurance specifically excludes damages that are the result of wear, tear and deterioration, inadequate workmanship and repair, maintenance, continuous or repeated seepage or leakage of water and wind driven rain without a storm created opening.

Your policy includes certain provisions that do not afford coverage for the damages you have claimed. Under your policy A 127 (04-06) Causes of Loss - Special Form, damages that are the result of the following causes are excluded:

B.    **EXCLUSIONS . . .**

2.    We will not pay for loss or damage caused by or resulting from any of the following: . . .

d.    (1)    Wear and tear;

(2)    Rust, or other corrosion, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself; . . .

**ICA, LP**



PROTECTING
THE GREATER
GOOD.

(4)   Settling, cracking, shrinking, or expansion; . . .

f.   Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more. . . .

3.   We will not pay for loss or damage caused by or resulting from any of the following 3. a. through 3. c. but if an excluded cause of loss that is listed in 3. a. through 3. c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. Above to produce the loss or damage.

b.   Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

c.   Faulty, inadequate, or defective:

(1)   Planning, zoning, development, surveying, siting;

(2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)   Materials used in repair, construction, renovation, or remodeling; or

(4)   Maintenance;

of part or all of any property on or off the described premises.

## C.   LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1.   We will not pay for loss of or damage to property, as described and limited to this section.  In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section. . . .

c.   The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether driven by wind or not, unless:

(1)   The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand, or dust enters; or

**ICA, LP**



PROTECTING
THE GREATER
GOOD.

    (2)   The loss or damage is caused by or results from thawing of snow,
              sleet, or ice on the building or structure. . . .

For the above-stated reasons, Church Mutual Insurance Company is unable to provide coverage or payment for the hail damage. Please remember that you are responsible for mitigating your damages, regardless of coverage, and protecting your property from further damage. Failure to do this could potentially affect coverage for future claims.

This letter identifies certain specific reasons why there is no coverage for your claim. There might be other reasons why coverage is precluded or limited under the insurance policy or applicable law. Church Mutual does not waive any defense it has available to it under the insurance contract or applicable law and specifically does not waive any defense that is not discussed in this letter. Church Mutual reserves all of its rights under the insurance contract and at law.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767. You may also reach them at http://insurance.illinois.gov/, telephone (312) 814-2420 or fax (217) 782-4515.

We have reviewed all information you have supplied regarding this claim, as well as the investigation. We believe we have fairly and promptly considered all issues and maintain our position. Please review and consider this letter, and contact us with any questions, concerns, or disputed findings. If you have additional information for review that would cause us to reconsider our position, please supply it at this time. You may contact us at (866) 493-1779 Extension 4534.

Sincerely,


Nelva Gilliland
Representing Church Mutual Insurance
cmic@icaclaims.com

Enclosure(s):   A 127 (04-06) Causes of Loss - Special Form
                  Engineer Report


c:    Ken Brach via email


**ICA, LP**

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Paragraph H - Definitions.

## A. COVERED CAUSES OF LOSS

1. When Special is shown in the Declarations Page, Covered Causes of Loss means Risks of Direct Physical Loss unless the loss is:

    a. Excluded in Paragraph B., Exclusions; or

    b. Limited in Paragraph C., Limitations;

    that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    a. Building Ordinance or Law.

       The enforcement of any ordinance or law:

       (1) Regulating the construction, use, or repair of any property; or

       (2) Requiring the tearing down of any property, including the cost of removing its debris;

       except as provided in the Additional Coverages.

       This exclusion, ordinance or law, applies whether the loss results from:

       (1) An ordinance or law that is enforced even if the property has not been damaged; or

       (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss to that property.

    b. Earth Movement.

       (1) Earthquake, including any earth sinking, rising, or shifting related to such event;

       (2) Landslide, including any earth sinking, rising, or shifting related to such event;

       (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

       (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking, or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

       But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

       (5) Volcanic eruption, explosion, or effusion. But if volcanic eruption, explosion, or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

       Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

       (a) Airborne volcanic blast or airborne shock waves;

       (b) Ash, dust, or particulate matter; or

       (c) Lava flow.

       All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

       Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the described property.

A 127 (04-06)

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

c. Governmental Action.

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Part.

d. Nuclear Hazard.

Nuclear reaction or radiation or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e. Utility Services.

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that covered Cause of Loss.

f. War and Military Action.

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

g. Water.

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water which backs up through sewers or drains except as provided under G. Additional Coverage - Back Up Through Sewers and Drains.

(4) Water under the ground surface pressing on or flowing or seeping through:

(a) Foundations, walls, floors, or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows, or other openings.

But if water, as described in g. (1) through g. (3) above, results in fire, explosion, or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

h. "Fungus," Wet Rot, Dry Rot and Bacteria.

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

1. When "fungus," wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B.1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances, or wires.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b.   Delay, loss of use, or loss of market.

c.   Smoke, vapor, or gas from agricultural smudging or industrial operations.

d.   (1)  Wear and tear;

(2)  Rust, or other corrosion, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself;

(3)  Smog;

(4)  Settling, cracking, shrinking, or expansion;

(5)  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or domestic animals.

(6)  Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7)  The following causes of loss to personal property:

(a)  Dampness or dryness of atmosphere;

(b)  Changes in or extremes of temperature.

But if an excluded cause of loss that is listed in 2. d. (1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e.   Explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f.   Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

g.   Water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1)  You do your best to maintain heat in the building or structure; or

(2)  You drain the equipment and shut off the supply if the heat is not maintained.

h.   Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives, or anyone to whom you entrust the property for any purpose:

(1)  Acting alone or in collusion with others; or

(2)  Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i.   Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

j.   Collapse, except as provided below in the Additional Coverage - Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

k.   Discharge, dispersal, seepage, migration, release, or escape of "pollutants" unless the discharge, dispersal, seepage,

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

migration, release, or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release, or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

l. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following 3. a. through 3. c. but if an excluded cause of loss that is listed in 3. a. through 3. c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

c. Faulty, inadequate, or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation, or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited to this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand, or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet, or ice on the building or structure.

d. Building materials and supplies intended for construction, alterations or repairs not attached as part of the building or structure caused by or resulting from theft.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Fences, swimming pools, and retaining walls caused by:

(1) Heaving, bulging, or buckling;

(2) Freezing or thawing; or

(3) Pressure of weight of ice or water.

2. We will pay for covered loss or damage to personal property that is a work of art, antique or rare article, including etchings, pictures,

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

statuary, marbles, bronzes, porcelains, and bric-a-brac. But, the most we will pay for loss or damage is up to $5,000 for any one occurrence.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage.

   a. Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording, or storage media. Valuable papers and records do not include prepackaged software programs.

   b. Fragile articles such as glassware, statuary, marbles, chinaware, and porcelains, if broken. This restriction does not apply to photographic or scientific instruments or lenses.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder, or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

D.  ADDITIONAL COVERAGE - COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in D. 1. through D. 5. below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss'" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in a. through e.; we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

The criteria set forth in 1.a. through 1.d. do not limit the coverage otherwise provided under this Causes of Loss Form to the causes of loss listed in 2a., 2.d., and 2.e.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts, or towers;

   b. Awnings, gutters, and downspouts;

   c. Yard fixtures;

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

d.   Outdoor swimming pools;

e.   Fences;

f.   Piers, wharves, and docks;

g.   Beach or diving platforms or appurtenances;

h.   Retaining walls; and

i.   Walks, roadways, and other paved surfaces;

if the collapse is caused by a cause of loss listed in b. through f., we will pay for loss or damage to that property only if:

a.   Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

b.   The property is Covered Property under this Coverage Form.

4.   If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a.   The collapse was caused by a Cause of Loss listed in 2.a. through 2.f. above;

b.   The personal property which collapses is inside a building; and

c.   The property which collapses is not a kind listed in 3. above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage, or expansion.

5.   This additional coverage, collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E.   ADDITIONAL COVERAGE - LIMITED COVERAGE FOR "FUNGUS," WET ROT, DRY ROT AND BACTERIA

1.   The coverage described in E.2., E.6., and E.7. only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

a.   A "specified cause of loss" other than fire or lightning.

2.   We will pay for loss or damage by "fungus," wet or dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:

a.   Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria;

b.   The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

c.   The cost of testing performed after removal, repair, replacement, or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

3.   The coverage described under E.2. of this Limited Coverage is limited to $50,000 on an annual aggregate basis.  Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning).  With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.   The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

27 (04-06)

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph F.1. (Additional Coverage Extension - Water Damage) of this Causes of Loss Form or under Paragraph D. Additional Coverage - Collapse.

6. The following, 6.a. or 6.b., applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

7. The following 7.a. or 7.b., applies only if Institutional Income and/or Extra Expense in ADDITIONAL COVERAGES in the Building and Personal Property Coverage Form, applies to the described premises and only if

the interruption of "operations" satisfies all terms and conditions of the applicable Institutional Income and/or Extra Expense Additional Coverage.

   a. If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate an interruption of "operations," but such interruption is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Institutional Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

   b. If a covered interruption of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days but not to exceed the Limit of Insurance shown in the Declarations Page. The days need not be consecutive.

F. ADDITIONAL COVERAGE EXTENSION - WATER DAMAGE

   1. Water Damage. If covered loss or damage, caused by or resulting from water or other liquid, or powder, or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to replace damage to the system or appliance from which the water or other substance escapes.

   This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

G. ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS AND DRAINS

   Subject to all other terms and conditions of this policy, we will pay for direct physical loss or damage to Covered Property caused by back up of water or sewage through sewers or drains only if caused by an event away from the described buildings and when the damage is not caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services

whether driven by wind or not, and which did not enter the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building.

Sewer or water damage occurring as a result of, either before or after, the excluded flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not, and entering the building through foundations, walls, floors, windows, cracks, roofs, or through other openings of the building is not covered.

This ADDITIONAL COVERAGE - BACK UP THROUGH SEWERS OR DRAINS will not increase the Limits of Insurance provided in this Coverage Part.

I. DEFINITIONS

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes, materials to be recycled, reconditioned, or reclaimed.

3. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This Cause of Loss does not include:

   a. The cost of filling sinkholes; or

   b. The sinking or collapse of land into man-made underground cavities.

4. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; damage by burglars; sonic boom; sinkhole collapse; volcanic action; falling objects; weight of snow, ice, or sleet; water damage.

5. "Water damage" means accidental discharge or leakage of water or other liquid, powder, or molten material as the direct result of the breaking apart or cracking of any part of a system or appliance containing water or other liquid, powder, or molten material.

Copyright, Church Mutual Insurance Company, 2006.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**GroupXL, LLC - 2018**
872 S. Milwaukee Ave. # 183
Libertyville, IL  60048 US
224-400-9500
 arlos@groupxl.com
www.groupxl.com



PLAINTIFF'S
EXHIBIT
D



**ADDRESS**
Jeff Kaminski
All Aspect Restoration LLC

**SHIP TO**
ST James United Methodist
Church of Danville
504 N Vermilion St
Danville, IL 61832

**ESTIMATE #** 20-0911 KA
**DATE** 09/11/2020

**REP**
Carlos Hernandez

**CONTACT PHONE #**
224-234-0170

**CONTACT E-MAIL**
carlos@groupxl.com

| | |
|---|---:|
| Repair to the existing Main Church Building (Gutters, Downspouts, W Valleys, and Tiles) | 92,069.00 |
| Installation of new gutters as follow:<br>- Remove all existing gutters (600 LF)<br>- Remove & Re-install about 3' of roof tiles on gutter line to install new ice and water shield<br>- Install new K style copper gutters | 0.00 |
| installation of new downspouts as follow:<br>- Remove existing downspouts (650 LF)<br>- Install new 3" x 4" copper downspouts | 0.00 |
| Installation of new W Valleys as follow:<br>- Remove all existing W Valleys (329 LF)<br>- Remove & Re-install about 3' of roof tiles on each side of valle to install new ice and water shield<br>- Install new Copper W Valley | 0.00 |
| Replacement of up to 200 SF of S Tile  is included to be replace for any damage tile on the roof | 0.00 |

Notes:
  -3 year warranty on workmanship
  -50% down due at signing
  -If permit required it will be an additional charge.
Down Payment:_____

Check #:_____

TOTAL                              **$92,069.00**

Accepted By                                   Accepted Date

Serving the Chicagoland Area
Since 1937

Illinois License #104-000152

# MORTENSON ROOFING CO., INC.

– SPECIALIZING IN SLATE AND TILE ROOF RESTORATION, DECORATIVE SHEET METAL –
9505 Corsair Road • Frankfort, IL 60423
www.mortensonroofing.com

Phone: (815) 464-7300
(773) 468-2900
Toll Free: (888) 773-7306
Fax: (815) 464-7850



**PLAINTIFF'S EXHIBIT**
Group E

**PROPOSAL NO.: 19126**

Date:   April 12, 2021

Name:   **St. James United Methodist Church**
504 N. Vermilion Street

Phone #:

Address:   Danville, IL 61832

Email:

We hereby propose and agree to perform the following work in accordance with the terms and conditions set forth below and on the reverse side:

1. **Valley Flashing Replacement**
   a. Remove tiles from along both sides of 329 lineal feet of existing copper valley flashings.
   b. Remove and dispose of existing valley flashings.
   c. Install WR Grace Ice & Water Shield membrane underlayment.
   d. Fabricate and install new 16-ounce copper valley flashings.
   e. Tie into existing felt underlayment and reinstall existing tiles, replacing any broken tiles with matching Ludowici 13 1/4-inch natural red Spanish tiles.

2. **Gutter Replacement**
   a. Remove tiles from above 668 lineal feet of existing copper gutters.
   b. Remove and dispose of existing gutters.
   c. Install WR Grace Ice & Water Shield membrane underlayment over exposed roof area.
   d. Fabricate and install new 20-ounce copper gutters with one-piece roof flange to match existing gutter profile with 1/8"x 1"copper buss bar hangers.
   e. Tie into the existing felt underlayment above and reinstall the existing tiles, replacing any broken tiles with matching Ludowici 13 1/4-inch natural red Spanish tiles.

3. **Downspout Replacement:** Remove and replace 650 lineal feet of downspouts with new 3"x 4" 16-ounce copper downspouts.

4. **Other Repairs:** Replace 340 pieces broken and damaged field tiles with matching Ludowici 13 1/4-inch natural red Spanish tiles.

## TERMS: 25% DEPOSIT DUE WITH SIGNED PROPOSAL AND MONTHLY PROGRESS PAYMENTS THEREAFTER.

We propose to perform this work in accordance with the above specification for the sum of:

_*Two Hundred Two Thousand Ten and 00/100*_ _____ Dollars ($  **202,010.00**  )

All work to be completed in workmanlike manner according to standard practices. Any alterations or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above this Proposal. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry builder's risk and property insurance, including coverage against fire, storm, vandalism, theft and other perils upon the entire work. We carry general liability and workmen's compensation insurance.

Prices based on acceptance within 30 days of quotation. Balance unpaid after 30 days from due date is subject to a late payment charge of one and a half percent

per month, or maximum allowed by law, if different, together with expenses incidental to collection, including reasonable attorney's fees.

Respectfully submitted,

**MORTENSON ROOFING CO., INC.**

By: _____   Michael Lukis

Date: _____  April 12, 2021

ACCEPTANCE OF PROPOSAL - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. The undersigned agrees that this writing constitutes a contract between the parties.

Accepted by: _____

Signature: _____

Date of Acceptance: _____

Title: _____

Serving the Chicagoland Area
Since 1937

Illinois License #104-000152

# MORTENSON ROOFING CO., INC.

~ SPECIALIZING IN SLATE AND TILE ROOF RESTORATION, DECORATIVE SHEET METAL ~

9505 Corsair Road • Frankfort, IL 60423

www.mortensonroofing.com

Phone: (815) 464-7300
(773) 468-2900
Toll Free: (888) 773-7306
Fax: (815) 464-7850

**PROPOSAL NO.: 19127**

Date: April 12, 2021

Name: **St. James United Methodist Church**
504 N. Vermilion Street

Address: Danville, IL 61832

Phone #:

Email:

We hereby propose and agree to perform the following work in accordance with the terms and conditions set forth below and on the reverse side:

## *For Discussion Purposes Only*

### Tile Roof Restoration (31,314 square-foot clay tile roof area)

1. Remove the existing clay roof tiles and save for reuse. Remove and dispose of the existing gutters, downspouts and roof flashings.
2. Install 6-foot strip of W.R. Grace Ice & Water Shield membrane underlayment at eaves of roof and 3 foot at valleys and wall junctions. Install two layers #30 felt underlayment over the rest of the steep roof areas.
3. Fabricate and install new 16-ounce copper valley flashings, wall flashings, saddle flashings and counter flashings.
4. Fabricate and install new 20-ounce copper gutters with one-piece roof flange to match existing gutter profile with 1/8"x 1" copper buss bar hangers.
5. Install 650 lineal feet of new 3"x 4" 16-ounce copper downspouts.
6. Reinstall the existing red Spanish tiles and fittings replacing any broken tiles and fittings with tiles and fittings to match existing.
7. Supply Mortenson Roofing standard five-year workmanship warranty.

**TERMS:  25% DEPOSIT DUE WITH SIGNED PROPOSAL AND MONTHLY PROGRESS PAYMENTS THEREAFTER.**

We propose to perform this work in accordance with the above specification for the sum of:

*Nine Hundred Fifty-Nine Thousand Three Hundred Thirty-Seven and 00/100*_____ Dollars ($  959,337.00  )

All work to be completed in workmanlike manner according to standard practices. Any alterations or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above this Proposal. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry builder's risk and property insurance, including coverage against fire, storm, vandalism, theft and other perils over the entire work. We carry general liability and workmen's compensation insurance.

Prices based on acceptance within 30 days of quotation. Balance unpaid after 30 days from due date is subject to a late payment charge of one and a half percent

per month, or maximum allowed by law, if different, together with expenses incidental to collection, including reasonable attorney's fees.

Respectfully submitted,

**MORTENSON ROOFING CO., INC.**

By: _____  Michael Lukis

Date: _____ April 12, 2021

ACCEPTANCE OF PROPOSAL - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. The undersigned agrees that this writing constitutes a contract between the parties.

Accepted by: _____

Signature: _____

Date of Acceptance: _____

Title: _____

Serving the Chicagoland Area
Since 1937

Illinois License #104-000152

# MORTENSON ROOFING CO., INC.

*– SPECIALIZING IN SLATE AND TILE ROOF RESTORATION, DECORATIVE SHEET METAL –*

9505 Corsair Road • Frankfort, IL 60423

www.mortensonroofing.com

Phone: (815) 464-7300
(773) 468-2900
Toll Free: (888) 773-7306
Fax: (815) 464-7850

**PROPOSAL NO.: 19128**

Date: April 12, 2021

Name: **St. James United Methodist Church**
504 N. Vermilion Street

Address: Danville, IL 61832

Phone #:

Email:

We hereby propose and agree to perform the following work in accordance with the terms and conditions set forth below and on the reverse side:

## *For Discussion Purposes Only*

### New Clay Tile Roof (31,314 square-foot clay tile roof area)

1. Remove and dispose of the existing clay roof tiles, gutters, downspouts and roof flashings.
2. Install 6-foot strip of W.R. Grace Ice & Water Shield membrane underlayment at eaves of roof and 3 foot at valleys and wall junctions. Install two layers #30 felt underlayment over the rest of the steep roof areas.
3. Fabricate and install new 16-ounce copper valley flashings, wall flashings, saddle flashings and counter flashings.
4. Fabricate and install new 20-ounce copper gutters with one-piece roof flange to match existing gutter profile with 1/8"x 1" copper buss bar hangers.
5. Install 650 lineal feet of new 3"x 4" 16-ounce copper downspouts.
6. Install new Ludowici natural red Spanish tiles and fittings; including #206 ridge, #102 hip rolls, #152 hip starters, rakes, eave closures, top fixtures, high bump terminals and ridge ends.
7. Supply Mortenson Roofing standard five-year workmanship warranty and manufacturer's material warranty.

## TERMS:  25% DEPOSIT DUE WITH SIGNED PROPOSAL AND MONTHLY PROGRESS PAYMENTS THEREAFTER.

We propose to perform this work in accordance with the above specification for the sum of:

**\*One Million One Hundred Seventy Thousand Six Hundred Thirty-Seven and 00/100\*_____** Dollars ($  **1,170,637.00**  )

All work to be completed in workmanlike manner according to standard practices. Any alterations or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above this Proposal. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry builder's risk and property insurance, including coverage against fire, storm, vandalism, theft and other perils upon the entire work. We carry general liability and workmen's compensation insurance.

Prices based on acceptance within 30 days of quotation. Balance unpaid after 30 days from due date is subject to a late payment charge of one and a half percent

per month, or maximum allowed by law, if different, together with expenses incidental to collection, including reasonable attorney's fees.

Respectfully submitted,

**MORTENSON ROOFING CO., INC.**

By: _____     Michael Lukis

Date: _____     April 12, 2021

ACCEPTANCE OF PROPOSAL - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. The undersigned agrees that this writing constitutes a contract between the parties.

Accepted by: _____

Signature: _____

Date of Acceptance: _____

Title: _____