UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| *ST. JAMES UNITED METHODIST CHURCH OF DANVILLE, ILLINOIS, INC. d/b/a ST. JAMES UNITED METHODIST CHURCH,*<br><br>   Plaintiff,<br><br>vs.<br><br>*CHURCH MUTUAL INSURANCE COMPANY n/k/a CHURCH MUTUAL INSURANCE COMPANY, SI,*<br><br>   Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 2:21-cv-02086-CSB-EIL |

**STIPULATION OF DISMISSAL**

Plaintiff, St. James United Methodist Church of Danville, Illinois, Inc. d/b/a St. James United Methodist Church and Defendant, Church Mutual Insurance Company n/k/a Church Mutual Insurance Company, SI hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claimed, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  September 2, 2021

/s/ James P. DuChateau
IL Bar No. 6298091
HeplerBroom LLC
Attorneys for Church Mutual Insurance n/k/a
Church Mutual Insurance Company, SI

/s/  Nicolas J. Boileau
IL Bar No. 6295930
ACTON & SNYDER, LLP
Attorneys for St. James Methodist
Church of Danville, Illinois, Inc.
d/b/a St. James United
Methodist Church

Prepared by:
/s/ Nicolas J. Boileau
IL Bar No. 6295930
ACTON & SNYDER, LLP
Attorneys for Plaintiff,
St. James United Methodist
Church of Danville, Illinois, Inc.
d/b/a St. James United Methodist Church
11 East North Street
Danville, Illinois 61832
Tel. (217) 442-0350
Fax (217) 442-0335
Email: nick.boileau@acton-snyder.com

Approved and Filed By:
James P. DuChateau, Esq.
HEPLER BROOM, LLC
30 N LaSalle St., Ste. 2900
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: james.duchateau@heplerbroom.com
COUNSEL FOR DEFENDANT